**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **JUSTIN T. WELLER, et al.,** | : | **CASE NO. 3:24-cv-00154** |
| | : | |
| **Plaintiffs,** | : | **Judge Thomas M. Rose** |
| **v.** | : | |
| | : | **DECLARATION OF DAWN M. FRICK IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES** |
| **CITY OF URBANA, et al.** | : | |
| **Defendants.** | : | |

---

I, Dawn M. Frick, declare as follows:

1. I am one of the counsel of record for Defendants City of Urbana, Robert W. Bean, Audra M. Bean and Kerry L. Brugger ("Defendants") in the above-referenced matter. I have personal knowledge of the matters stated in this declaration.

2. Defendants responded to Plaintiffs' written discovery requests directed to each Defendant on September 10, 2025.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the correspondence from Defendants' counsel to Plaintiffs' counsel regarding responses to the subpoenas directed to City Council and other City employees.

4. Prior to April 16, 2026, Plaintiffs' counsel did reach out to our office regarding any issues with the discovery responses or subpoena responses.

5. Attached hereto as Exhibit 2 is a true and accurate copy of the correspondence received from Plaintiffs' counsel following the July 13, 2026 meeting to discuss discovery issues.

6. Attached hereto as Exhibit 3 is a true and accurate copy of the correspondence from Justin Marks to Plaintiffs' counsel and copied to me delivering supplemental documents and a

supplemental privilege log following the expanded Email Search by the contract IT personnel for the City.

7. Following the supplemental production, Plaintiffs counsel did not indicate any further concerns or issues related to the City's discovery responses until the present motion.

8. Upon receipt of Plaintiffs' Motion, I personally reviewed Exhibit G to Mr. Quinn's Declaration and found and reviewed each of the Bates Stamped Documents identified in Exhibit G as documents who's source was Plaintiffs' Production. Those documents included 87 pages, a true and accurate copy of those pages produced to Defendants' by Plaintiffs are attached hereto as Exhibit 4.

9. Attached hereto as Exhibit 5 is a true and accurate copy of the discovery directed to Defendant City, including definitions related to those requests.

10. Attached hereto as Exhibits 6, 7, and 8 are copies of emails Plaintiffs claim in Exhibit G were not produced by Defendants combined with the version produced by Defendants demonstrating they were produced.

11. Attached hereto as Exhibit 9 are excerpts from a certified copy of the the City's 30(b)(6) deposition transcript of Kerry Brugger taken on October 13, 2026 and cited to in Defendants' Memorandum including the caption, appearances, stipulations and pages 1-6, 8, 12-17, 30, 96, 138, 145-151.

I declare under penalty of perjury under the laws of the United States and the State of Ohio that the foregoing is true and accurate.

Dated: 11/16/2026

*/s/ Dawn M. Frick*
Dawn M. Frick (0069068)