## Dawn Frick

| | |
|---|---|
| **From:** | Justin Marks |
| **Sent:** | Tuesday, September 30, 2025 5:56 PM |
| **To:** | Bradley Jeckering |
| **Cc:** | Dawn Frick |
| **Subject:** | Weller/Urbana Subpoena Responses |

Counsel,

Please find documents responsive to the subpoenas in the emails to follow.

Thank you,

**Justin R. Marks**
**Surdyk, Dowd & Turner Co., L.P.A.**
**8163 Old Yankee St., Suite C**
**Dayton, Ohio 45458**
**Ph. 937-222-2333**
**Fax 937-222-1970**
**Email to: jmarks@sdtlawyers.com**
**Visit us at : www.sdtlawyers.com**

**Cincinnati Area Office**
**9078 Union Centre Blvd., Suite 350**
**West Chester, OH 45069**
**Ph. 513-206-9998**
**Fax 937-222-2333**

***NOTICE: The information contained in this electronic mail transmission is intended by Surdyk, Dowd & Turner Co., L.P.A. for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Surdyk, Dowd & Turner Co., L.P.A. at (937) 222-2333, so that our address record can be corrected.***



DECLARATION EXH. 1