**Justin Marks**

**From:** Justin Marks
**Sent:** Friday, August 28, 2026 4:56 PM
**To:** Kylie Titer; Bradley Jeckering; Kristie A. Campbell; Patrick Quinn
**Cc:** Dawn Frick
**Subject:** RE: Deposition Scheduling
**Attachments:** 3. Tomorrow Holdings - Deficiencies.pdf

Counsel,

Mayor Bean and Audra Bean are available September 22nd and September 29th. Mr. Brugger is available September 14th, 17th, 23rd, and October 2nd as of today.

Attached is our supplemental production as to RFDs and the subpoenas as we previously discussed and a corresponding privilege log based on specific search terms. Here is a link to access:

https://www.dropbox.com/t/IrPvmuWgtezjUrb8

Please advise if you have trouble accessing the items.

Please advise when you will respond to our letter sent July 27, 2026, regarding the deficiencies of Tomorrow Holdings responses. It is attached again for your convenience.

Thanks, and have a great weekend.

**From:** Kylie Titer <Kylie@centralohiolegal.com>
**Sent:** Tuesday, August 25, 2026 2:03 PM
**To:** Dawn Frick <Dfrick@sdtlawyers.com>; Justin Marks <jmarks@sdtlawyers.com>
**Cc:** Bradley Jeckering <brad@centralohiolegal.com>; Kristie A. Campbell <Kristie@centralohiolegal.com>; Patrick Quinn <patrick@centralohiolegal.com>
**Subject:** Deposition Scheduling

Counsel:

Please send us several available dates within the next three weeks for the individual-capacity depositions of Brugger and Mr. and Mrs. Bean. We would like to get these depositions scheduled and can work through any Rule 30(b)(6) issues separately, with the 30(b)(6) deposition to take place at a later date.

Please provide your available dates by this Friday.

Thank you.

Best Regards,
Kylie Titer

Kylie Titer | kylie@centralohiolegal.com
Associate Attorney



**DECLARATION EXH. 3**

Jeckering & Associates, LLC
10 N. High St., Ste 301, Columbus, OH 43215 | P: 614.944.5151
16 South Main Street Mechanicsburg, Ohio 43044 | P: 937.896.2222

www.centralohiolegal.com
We Work For Your Rights

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.