# URBANA POLICE DIVISION
# SEARCH WARRANT INVENTORY

Location of warrant: 160 W. Market Street, Urbana, OH 43078 Date: 4/3/2024

| Item | Seized item description | Location | Found by |
|---|---|---|---|
| 1 | ReMarkable 2 Model: RM110 S/N: RM110-337-42808 | Turned over by Justin Weller | UPD Dunn |
| 2 | Western Digital hard drive to Ubiquiti surveillance system Model: WD8001PURP85B6RY0 S/N: VYJL71XM | Unfinished area of the basement | BCI Wilhelm |
| 3 | Microsoft Surface Laptop Model: 1873 bearing unidentified number: 021465393757 | Turned over by Justin Weller | UPD Dunn |
| 4 | SimpliSafe Tower Model: SSBS3 S/N: 002039F5 | Large open room on west side of the building with grey rug | UPD Kizer |
| 5 | Blue Metallic Apple iPhone with no identifying numbers in brown protective case | Turned over by Justin Weller | UPD Kizer |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Officer completing inventory

Jason Kizer #8
Written name

[signature] #8
Signature

DECLARATION EXH. 4

**From:** Doug Crabill <Doug.Crabill@ci.urbana.oh.us>
**Sent:** Monday, March 25, 2024 12:35 PM
**To:** Justin T. Weller
**Subject:** Automatic reply: Design Concept

Thank you for your email. I am out of the office until Wednesday, March 27, 2024.

I will respond to your email upon my return.

If you need immediate assistance, please email Michelle Troyer: michelle.troyer@ci.urbana.oh.us.

Good evening.

Thank you to everyone who was able to attend this afternoon's 2nd Steering Committee meeting for the North Main Street Corridor Plan.

For those who were unable to attend, we would welcome your feedback.

Please complete the attached worksheets and return them by email or to my office before the end of 2023.

1) Visual Preference Activity (Character and Style)
2) Action Step Worksheet (Draft Goals and Action Steps)

We also have printed color copies of these worksheets in our office if you want to drop by and pick up these worksheets to complete.

If picking up or returning these worksheets in person, please see Michelle Troyer at the counter in the main lobby just off the East Market entrance from 8:00AM-4:30PM, M-F.

Please note that the City of Urbana Offices are closed for the Holidays on December 22, December 25, December 29, and January 1.

Lastly, please mark your calendars for the next larger community meeting regarding the North Main Street Corridor Plan which is scheduled for Thursday, January 18, 2024 at 6PM.

Happy Holidays!

Thanks,
Doug

Doug Crabill · Community Development Manager
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: (937) – 652-4305 · Fax: (937) 652-5145 www.urbanaohio.com

**From:** Doug Crabill
**Sent:** Wednesday, December 6, 2023 8:53 AM
**To:** Jacqueline Yeoman <jyeoman@burtonplanning.com>; Amelia Mansfield <amansfield@burtonplanning.com>; Prince Kwarteng-Crooklynn <pkwartengcrooklynn@burtonplanning.com>; Tyler Bumbalough <Tyler.Bumbalough@ci.urbana.oh.us>; Preston Carter <preston.carter@ci.urbana.oh.us>; Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>; Bill Bean <Bill.Bean@ci.urbana.oh.us>; Michelle Troyer <michelle.troyer@ci.urbana.oh.us>; Pat Thackery <Pat.Thackery@ci.urbana.oh.us>; Rich Ebert CEP <cepdirector@cepohio.com>; Sara Neer <director@champaignohio.com>; tr.bailes@live.com; bryce.carafa@gmail.com; gtknapke@gmail.com; Elton Cultice <Elton.Cultice@ci.urbana.oh.us>; Justin T. Weller <justin@urbanatomorrow.com>; Jeff White <jeff@whitesautogroup.com>; Jim White <jim@whitesautogroup.com>; Steve Schneider <SSchneider@saricamfg.com>; Michael O'Sullivan <mdosullivan1@gmail.com>; cosbyll48@gmail.com; Bobbi McKee <bobbi@downsizefarm.com>; judyr8750@gmail.com; Stephanie Truelove <stephanie.truelove@ci.urbana.oh.us>
**Subject:** RE: Steering Committee Meeting-North Main Street Corridor Plan-Draft Vision Statement and

Goals **(Feedback Requested)**

All,

Good morning.
Thank you to everyone who has already completed this survey.
If you have not already done so, please complete this survey sometime during the day today.
Thanks in advance for your participation.

Thanks,
Doug

Doug Crabill | (937) 652·4305 | www.urbanaohio.com

**From:** Doug Crabill
**Sent:** Monday, December 4, 2023 4:38 PM
**To:** Jacqueline Yeoman <jyeoman@burtonplanning.com>; Amelia Mansfield <amansfield@burtonplanning.com>; Prince Kwarteng-Crooklynn <pkwartengcrooklynn@burtonplanning.com>; Tyler Bumbalough <Tyler.Bumbalough@ci.urbana.oh.us>; Preston Carter <preston.carter@ci.urbana.oh.us>; Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>; Bill Bean <Bill.Bean@ci.urbana.oh.us>; Michelle Troyer <michelle.troyer@ci.urbana.oh.us>; Pat Thackery <Pat.Thackery@ci.urbana.oh.us>; Rich Ebert CEP <cepdirector@cepohio.com>; Sara Neer <director@champaignohio.com>; tr.bailes@live.com; bryce.carafa@gmail.com; gtknapke@gmail.com; Elton Cultice <Elton.Cultice@ci.urbana.oh.us>; Justin T. Weller <justin@urbanatomorrow.com>; Jeff White <jeff@whitesautogroup.com>; Jim White <jim@whitesautogroup.com>; Steve Schneider <SSchneider@saricamfg.com>; Michael O'Sullivan <mdosullivan1@gmail.com>; cosbyll48@gmail.com; Bobbi McKee <bobbi@downsizefarm.com>; judyr8750@gmail.com; Stephanie Truelove <stephanie.truelove@ci.urbana.oh.us>
**Subject:** Steering Committee Meeting-North Main Street Corridor Plan-Draft Vision Statement and Goals **(Feedback Requested)**

All,

Good afternoon.

In preparation for the second Steering Committee meeting for the Urbana North Main Street Corridor Plan that is scheduled for Wednesday, December 13, 2023 from 2PM-4PM in the Training Room at the Urbana Municipal Building, we'd like to gather your feedback on a draft vision statement and draft goals to support the vision statement. The draft vision statement and goals were developed based on feedback from the Steering Committee, the Community Survey, and the Re-imagine North Main Street public meeting. The survey allows us to hear your thoughts on the draft vision and goals before the second Steering Committee meeting so that we can incorporate your ideas.

This survey is intended for Steering Committee members in preparation for the upcoming meeting. Due to this, it is not an anonymous survey. Your name is requested at the end of the survey to allow us to follow-up with you on any questions or comments you provide.

Please take the survey by **Thursday, December 7th.**

https://www.surveymonkey.com/r/UrbanaSC2

**Justin T. Weller**
Founder

**Urbana Tomorrow**
**P:** 937-505-8577
**E:** info@urbanatomorrow.com
**W:** https://UrbanaTomorrow.com
**A:** 40 Monument Sq., Suite 300
Urbana, OH 43078

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of Urbana Tomorrow or Tomorrow Holdings LLC or any of their affiliates with another party by email or other means without express written confirmation by an authorized representative.

**From:** Justin T. Weller
**Sent:** Tuesday, August 29, 2023 9:07 PM
**To:** Doug Crabill
**Subject:** Re: N Main St Corridor Plan

Hi Doug,

Thanks for checking in. 800 North Main actually entered a land contract agreement. A realtor was engaged for the listing so that's probably why you saw a "sale." My company will continue to hold the deed to the property and is the legal owner.

I look forward to seeing you tomorrow at the steering committee meeting.

Best,

Justin T. Weller
Urbana Tomorrow

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the organization with another party by email or other means without express written confirmation by the managing member.

**From:** Doug Crabill <Doug.Crabill@ci.urbana.oh.us>
**Sent:** Tuesday, August 29, 2023 3:20:37 PM
**To:** Justin T. Weller <justin@urbanatomorrow.com>
**Subject:** RE: N Main St Corridor Plan

Justin,

Good afternoon.

When I was at lunch earlier today, I received a notification from Realtor.com on my phone that the lot at 800 N Main Street has been sold.

Do you have another property within the North Main Street Corridor planning/study area (North Main Street from Gwynne Street/Washington Avenue to Grimes Circle)?

Ultimately, for the steering committee, we had planned to include property owners, business owners, or residents of the planning area.

Thanks,
Doug

Doug Crabill · Community Development Manager
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: (937) – 652-4305 · Fax: (937) 652-5145 www.urbanaohio.com

**From:** Doug Crabill
**Sent:** Thursday, August 24, 2023 1:49 PM
**To:** Justin T. Weller <justin@urbanatomorrow.com>
**Subject:** RE: N Main St Corridor Plan

Justin,

Good afternoon.

Thank you for your interest in the North Main Street Corridor Plan.

I will forward you the meeting invite by email momentarily.

The first meeting of the Steering Committee is Wednesday, August 30, 2023 at 2PM in the Training Room of the Urbana Municipal Building (enter from East Market Street entrance).

Thanks,
Doug

Doug Crabill · Community Development Manager
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: (937) – 652-4305 · Fax: (937) 652-5145 www.urbanaohio.com

**From:** Justin T. Weller <justin@urbanatomorrow.com>
**Sent:** Thursday, August 24, 2023 12:11 PM
**To:** Doug Crabill <Doug.Crabill@ci.urbana.oh.us>
**Subject:** N Main St Corridor Plan

> You don't often get email from justin@urbanatomorrow.com. Learn why this is important

Hi Doug,

I received the invitation in the mail to participate in the Steering Committee for the North Main Street Corridor Plan and would like to participate.

Please let me know what else you need from me.

Best,

**Justin T. Weller**

Urbana Tomorrow

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of Urbana Tomorrow or Tomorrow Holdings LLC or any of their affiliates with another party by email or other means without express written confirmation by an authorized representative.

**From:** Doug Crabill <Doug.Crabill@ci.urbana.oh.us>
**Sent:** Tuesday, April 18, 2023 10:10 AM
**To:** Justin T. Weller; Sara Neer
**Subject:** RE: DORA Sign

Justin,

Good morning.
Thank you for your email.
We are aware of the issue with the decals.
Unfortunately, they have failed within days of installation.
We are working on an alternative plan.

Thanks
Doug

Doug Crabill | (937) 652·4305 | www.urbanaohio.com

**From:** Justin T. Weller <justin@urbanatomorrow.com>
**Sent:** Tuesday, April 18, 2023 9:31 AM
**To:** Sara Neer <director@champaignohio.com>; Doug Crabill <Doug.Crabill@ci.urbana.oh.us>
**Subject:** DORA Sign

You don't often get email from justin@urbanatomorrow.com. Learn why this is important

Hi Both,

Wasn't sure who to direct this to but just saw this when I was walking this morning.

Let me know if there's anything we can do to help!

Best,

Justin T. Weller
Urbana Tomorrow

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the organization with another party by email or other means without express written confirmation by the managing member.

**From:** Tyler Bumbalough <Tyler.Bumbalough@ci.urbana.oh.us>
**Sent:** Monday, December 5, 2022 1:39 PM
**To:** Dean Ortlieb; Chad Countryman; Matt Lingrell; acollins@co.champaign.oh.us; Preston Carter; Amy Stein; champaig@sos.state.oh.us; recorder@co.champaign.oh.us; kbailey@co.champaign.oh.us; auditor@co.champaign.oh.us; Engineer; Phyllis Rittenhouse; Gretchen Tamplin; Doug Crabill
**Cc:** Justin T. Weller
**Subject:** New Addresses: 119 & 121 South Walnut Street
**Attachments:** 119-121 S Walnut St.pdf

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

All,

The City Engineering Department is issuing two new addresses for offices within the lower level of 160 West Market Street (Urbana Youth Center inhabits the top floor). **119 and 121 South Walnut Street are the new addresses**. 119 S. Walnut Street may show up in your records for this building already, but it was inactive prior to application. The owner is Tomorrow Holdings LLC (Justin Weller). The address 119 S. Walnut Street will be associated with the northern office while 121 S. Walnut Street will be associated with the southern. Please see the attached aerial and basement floor plan for more location information. 119 and 121 S. Walnut Street are located in the first ward and the first quadrant of the City of Urbana.

The proposed offices will share a common, S. Walnut Street entrance.

Let me know if there are any questions.

Thank you,
Tyler

Tyler Bumbalough, P.E. · City Engineer
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: 937-652-4324 · www.urbanaohio.com

**From:** Drake Huffman <drake.huffman@ci.urbana.oh.us>
**Sent:** Thursday, September 4, 2025 11:16 AM
**Subject:** Airport Updates
**Attachments:** I74 Rules and Regulations.pdf

Good morning,

I have a few updates to share with you this week before my extended time away:

- The FAA has approved our grant for the rotating beacon replacement project. A new beacon will be installed on a tower just south of the Grimes Building. Once a construction timeline is confirmed, I'll share details. Unfortunately, our existing beacon is now officially out of service and beyond repair—be sure to check NOTAMs for current beacon status.

- ODOT has also approved our grant for runway and taxiway crack repairs, tentatively expected to begin next spring. During this time, temporary runway and taxiway closures will be necessary. Updates will be provided via email and through NOTAMs as the project approaches.

- A few folks have asked for our Airport Rules recently, so I've attached a copy for everyone's convenience. You can also find them on our website, or feel free to stop by my office if you'd like a printed copy.

Thank you, and I hope you have a great weekend.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

Email 1: Airport Updates

I74 Notice to Operators Letter - Signed.jpeg

I74 Notice to Operators Letter - Signed.jpeg

Grimes Field • 1636 N Main St • Urbana, Ohio 43078 • http://www.urbanaohio.com • (937) 652-4319

11/4/2024

# NOTICE

## AIRCRAFT LANDING FEE BILLING AND PAYMENTS CHANGE

Dear Grimes Field Aircraft Community:

On May 1, 2024, Grimes Field ("I74") will transition to using PLANEPASS® for all landing and aircraft parking fees. PLANEPASS® is a purpose-built aircraft billing solution from Vector Airport Systems ("Vector") for billing and accounts receivable management. Vector's PLANEPASS® team will bill and manage all payments for I74's landing and aircraft parking fees incurred May 1, 2024, and thereafter. Accompanying this notice is the official "Authorization to Bill" letter. Please note that, currently, PLANEPASS® applies to landing and aircraft parking fees and not any other fees issued by the Airport. Upon implementation of PLANEPASS®, payments for landing and aircraft parking fees made at the Airport or to the Airport will not be accepted.

"Landing Fees" is a commonly used term that refers to aircraft operating fees. **"Landing fees" for I74 are currently charged using the time of arrival.**

Vector will send invoice(s) in June for May's billable landing and aircraft parking fee activities and all billable activities thereafter to the **aircraft's operator or management company**.

For more information on making payments and to update your billing contact information, please visit Vector's self-service portal at https://payment.planepass.com. If you need to contact Vector, please use billing@vector-us.com or call 1-888-588-0028 x700 or Opt 01. Vector has an in-house, US based customer service staff who are always available Monday through Friday, 9am EST to 5pm EST, excluding most US federal holidays, the Friday after US Thanksgiving and Christmas Eve.

Please do not hesitate to contact Drake Huffman at the Airport Administration office, drake.huffman@ci.urbana.oh.us or at (937) 652-4319 should you have any questions regarding this Notice.

Sincerely,

Airport Manager

• City of Urbana, Ohio •

I74 Notice to Operators Letter - Signed.jpeg

Weller600

Grimes Field Authorization to Bill Letter - Signed.jpeg

Grimes Field Authorization to Bill Letter - Signed.jpeg

Grimes Field • 1636 N Main St • Urbana, Ohio 43078 • http://www.urbanaohio.com • (937) 652-4319

4/11/2024

Dear Grimes Field Aircraft Operator Community,

Effective May 1, 2024, Vector Airport Systems ("Vector") assumed the billing and collection of landing and aircraft parking fees on behalf of Grimes Field ("I74").

"Landing fees" is a commonly used term that refers to aircraft operating fees. **Landing fees for I74 are currently charged using the time of arrival.**

Vector will assess and bill fees in accordance with the Airport's established Landing Fee schedule located at: https://www.urbanaohio.com/grimes-municipal-airport.html. Please note that landing fees are calculated using the aircraft's FAA-certified MLW.

Vector transmits a monthly invoice to an aircraft's registered owner or management company after the conclusion of each month. Vector offers a self-service web portal for convenient online bill payments and account management at https://payment.planepass.com

**Vector's self-service web portal* allows operators to:**

**1)** Make credit card payments
**2)** Update account information including email and postal mail addresses
**3)** View Authorization to Bill letters and W9s
**4)** Enroll in electronic invoicing
**5)** View account history
**6)** View and download invoices to .csv files for use in MS Excel
**The portal login is based on your Vector invoice number and Vector operator ID.*

For billing questions or concerns, please contact Vector's PLANEPASS® billing service team at billing@vector-us.com or (888) 588-0028 Opt. 01 or Ext. 700.

- *Vector's office hours are M-F, 9am ET – 5pm ET with most US federal holidays observed as well as the Friday after US Thanksgiving and Christmas Eve.*

The Airport's Administration Office staff may also be reached at drake.huffman@ci.urbana.oh.us. As noted above, Grimes Field's website has further details concerning fees charged by Vector as authorized by the Airport.

Sincerely,

Airport Manager

Grimes Field Landing and Parking Fees - Signed.jpeg

Grimes Field Landing and Parking Fees - Signed.jpeg

URBANA
CHAMPAIGN COUNTY

# GRIMES FIELD (I74)

## Landing and Parking Fees

Effective May 1st, 2024, a landing fee shall be charged to any individual or entity landing an aircraft (≥ 4,500 lbs.) at Grimes Field. A parking fee will also be charged to individuals keeping their aircraft on the ramp or grass parking areas for extended periods.

The fee structure is as follows:

### Landing Fees

| Weight (MLW) | Cost |
|---|---|
| < 4,500 lbs. | Free |
| ≥ 4,500 lbs. | $2.50 per 1,000 lbs. |

### Parking Fees

| Duration | Cost | | |
|---|---|---|---|
| | 0 – 4,999 lbs. | 5,000 – 8,999 lbs. | 9,000 + lbs. |
| < 8 hrs. | Free | Free | Free |
| ≥ 8 hrs. | $20 | $40 | $100 |
| Each 24-hr. period after | $20 | $40 | $100 |

*All weights are based on Maximum Landing Weight (MLW).*

*Aircraft currently based at Grimes Field will be exempt from any associated fees.*

*This document is subject to review annually for updates or revisions.*

*Fee structures may vary based on upcoming or active events in the vicinity of Grimes Field.*

*Fees may be collected by approved third parties acting on behalf of Grimes Field Airport.*

Approved By: [signature] (Airport Manager) Date: 4/11/2024

Grimes Field Landing and Parking Fees - Signed.jpeg

Weller604

*Exemptions for based aircraft, museum volunteers, aircraft under-maintenance, maintenance/test flights, military/state aircraft, and angle flights will all still apply as well.*

This change in the landing fee structure will not properly provide the airport with the new stream of revenue it desperately needs to make important updates and match federal/state grants for larger projects.
I hope we can come together as a community and find new revenue sources for the airport to use to complete many of the much-needed projects we have around here.

If you have time, please provide me with feedback about this update to the landing fee structure. I hope you find it less impactful to the general aviation community and local businesses.
I apologize for my lack of clarity in my previous update email, and I intend to keep you all informed about important changes in the future.

As many of you already have, please continue to provide me with a list of your based aircraft so we do not run into any hiccups when the first billing cycle comes around.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

assume the tail number(s) on your lease (if you have one with the city) has all current based aircraft noted on it. More information about these fees is attached.

- I'm compiling a list of recommendations for an Advisory Board at Grimes Field. If you have any suggestions for potential board members, please feel free to reach out to me via email.

As always, feel free to email me if you have any questions or concerns.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

URBANA
CHAMPAIGN COUNTY

CITY OF URBANA
GRIMES FIELD
ELEVATION 1060'

Email 38: Taxilane Rehabilitation Project




Scanned with CamScanner

Weller614


June 2024
July 2024
August 2024
09
16
23
30
07
14
21
28
04
11
18
29-Jul-24, Grimes Field Taxilane Hanger Pavir
Project Start
Install Closure Barricades
Pavement Removal
Unclassified Excavation
Crushed Aggregate Base Course
Asphalt Mixture Surface Course
Project Clean-up
Remove Closure Barricades
Surface Preperation
Pavement Markings
Install Closure Barricades for Pvmt Markings
Remove Closure Barricades
Project Completion

Weller615

| | |
|---|---|
| **From:** | Drake Huffman <drake.huffman@ci.urbana.oh.us> |
| **Sent:** | Thursday, March 14, 2024 2:50 PM |
| **To:** | Amy Crowe; bwlarso@yahoo.com; careflightdispatch@premierhealth.com; danaboo1@msn.com; dave.shiffer@champaignaviationmuseum.org; davesh@techii.com; daveshiffer1900@gmail.com; dckdvm@aol.com; doug@midamericaflightmuseum.com; Eddie Noble (eaglesnesthobbies@gmail.com); Eric Lathrop (Active); flyers@woh.rr.com; FrancisWayneLtd@aol.com; frankdrain70@gmail.com; Gary Demos (gary@davefox.com); hanktaylor@yahoo.com; jacob.william.harvey@gmail.com; jenlee.59@gmail.com; jessica.henry@champaignaviationmuseum.org; jfaulk99@aol.com; jim@whitesautogroup.com; jim23fred@hotmail.com; jsaw99@gmail.com; Justin T. Weller; lwingfield@oh.hra.com; madriverairllc@yahoo.com; meadaviation@yahoo.com; MGREENLEE56@GMAIL.COM; Nino VItale; ntcdrifttrikes@gmail.com; ohioip@yahoo.com; paulworkman@sbcglobal.net; rts26@live.com; sophiataylorn8112@gmail.com; steven.owens27@yahoo.com; timmvolk@icloud.com; tlprintz@siscom.net; Todd Wingfield; wendy.lathrop@gmail.com; wes.beery@gmail.com |
| **Subject:** | Fuel Price Update |

Good afternoon,

The updated fuel prices are as follows:

AVGAS --- $6.40/gal
JET A --- $5.16/gal

You can expect AVGAS prices to drop significantly by next month when we get the tank refilled.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

Email 39: Fuel Price Update

**From:** Drake Huffman <drake.huffman@ci.urbana.oh.us>
**Sent:** Wednesday, March 13, 2024 12:04 PM
**To:** Amy Crowe; bwlarso@yahoo.com; careflightdispatch@premierhealth.com; danaboo1@msn.com; dave.shiffer@champaignaviationmuseum.org; davesh@techii.com; daveshiffer1900@gmail.com; dckdvm@aol.com; doug@midamericaflightmuseum.com; Eddie Noble (eaglesnesthobbies@gmail.com); Eric Lathrop (Active); flyers@woh.rr.com; FrancisWayneLtd@aol.com; frankdrain70@gmail.com; Gary Demos (gary@davefox.com); hanktaylor@yahoo.com; jacob.william.harvey@gmail.com; jenlee.59@gmail.com; jessica.henry@champaignaviationmuseum.org; jfaulk99@aol.com; jim@whitesautogroup.com; jim23fred@hotmail.com; jsaw99@gmail.com; Justin T. Weller; lwingfield@oh.hra.com; madriverairllc@yahoo.com; meadaviation@yahoo.com; MGREENLEE56@GMAIL.COM; Nino VItale; ntcdrifttrikes@gmail.com; ohioip@yahoo.com; paulworkman@sbcglobal.net; rts26@live.com; sophiataylorn8112@gmail.com; steven.owens27@yahoo.com; timmvolk@icloud.com; tlprintz@siscom.net; Todd Wingfield; wendy.lathrop@gmail.com; wes.beery@gmail.com
**Subject:** Grimes Field Wait List

Good afternoon,

I have had the opportunity to speak with several individuals who currently rent a hangar at Grimes Field over the past few weeks. Many of you have expressed an interest in renting a second hangar.
I have recently added several of you to the wait list, but I would like to remind everyone interested in renting another hangar to **please check in with me and confirm that you are on the wait list**.
Word has been circulating about another set of T-hangars being constructed and I want to make sure you all are given an opportunity.

Additionally, if you know anyone who may be interested in being on the wait list for a potential new set of hangars here, please give me their information so I may reach out for inquiries. Feel free to share my information with them as well.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

as rent begins to increase, the airport community will see the results of that increase in improved facilities and other general airport improvements.

- *Why haven't I seen any major improvements over the last few years?* --- As stated above, rental income was normally just enough to keep the airport above water. So to complete major projects, it requires federal/state funding or grants. The biggest issue in receiving funding from a government entity is that you can only use that funding for specific non-revenue-generating projects. For many of the small improvements that the airport community wants to see, they would not be eligible for most external funding. You can expect to see many small quality-of-life improvements around the airport in the future as revenue increases.

- Please stop by my office at some point to confirm that you don't have any mail.

That is all I had for today. Please reach out to me with any questions you may have, and remember that I am not able to make the improvements necessary to the airport if I don't hear the thoughts of the tenants who have been here far longer than me. I hope you will reach out with your thoughts and suggestions.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319
https://www.urbanaohio.com/grimes-municipal-airport.html

Email 41: I74 Updates

**From:** Drake Huffman <drake.huffman@ci.urbana.oh.us>
**Sent:** Thursday, February 29, 2024 12:37 PM
**To:** Justin T. Weller
**Subject:** Lease Copy
**Attachments:** B8 T Hangar Lease_Tomorrow Horizons_2024 to 2026.pdf

Justin,

Please see the attached lease.
Let me know if you have any questions.

Best,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319 • Cell: 740-995-9919
https://www.urbanaohio.com/grimes-municipal-airport.html

CITY OF URBANA

GRIMES FIELD

# GRIMES FIELD – URBANA MUNICIPAL AIRPORT

# T - HANGAR LEASE

This agreement is between the City of Urbana, Ohio ("City") and Lessee:

Name: Tomorrow Horizons LLC (Justin Weller)

Address: 40 Monument Square Suite 300, Urbana, OH 43078

Phone: 937-508-5395 (Cell)

E-Mail: Justin@urbanatomorrow.com

**Section 1. Facilities**

1.1 The City hereby leases Hangar Number B8, located at Grimes Field, Urbana Municipal Airport, 1636 N. Main St., Urbana, Ohio 43078, for the storage of the aircraft identified below.

1.2 Aircraft "N" Number/Type: N6281P

1.3 For tracking purposes, the aircraft's base of record with the FAA will be Grimes Field.

**Section 2. Terms**

2.1 The term is 24 month(s), beginning March 1st, 2024. and ending Feb 28th, 2026.

2.2 The term renews automatically on a month-to-month basis until such time as either party notifies the other in writing of intent to terminate the lease.

2.3 Lessee shall notify the City of intent to terminate at least thirty (30) days prior to the date of anticipated date of actual termination, and specify such date in the notice.

**Section 3. Rent**

3.1 Lessee shall pay rent of $270 per month, payable on the first business day of the month. Lessee shall pay a late fee of 5 percent of the amount due each week after the 30th day of the month in which such rent is due.

3.2 Rent shall increase by $10 per month every two years from the start of the lease, including when the lease reaches a month-to-month basis.

3.3 Lessee acknowledges that they are given the option to pay rent via lump sum in twelve-month increments, or in any increments not to exceed the timeline of the lease. This option remains open when the lease reaches a month-to-month basis. In the event of an early termination of the lease, any rent paid or owed will be prorated to the point of termination.

URBANA

CITY OF URBANA

GRIMES FIELD

3.4 By signing this lease, the Lessee agrees to the following fees if required:
- 3.4.1 Replacement of lost key to the hanger - $20
- 3.4.2 Replacement of lost access card to the gate - $20
- 3.4.3 Non-returned hanger key upon end of lease - $100 per key
- 3.4.4 Non-returned access card to the gate upon end of lease - $50 per card

3.5 All rent and fees due under this Agreement shall be paid to the City of Urbana, Grimes Field, at 1636 N. Main St.; Urbana or at the Finance Office, 225 South Main St, Urbana.

**Section 4. Maintenance, Repairs and Upkeep**

4.1 The City shall keep the Airport premises in a state of good repair, reasonably suited to general Airport use. Lessee is responsible for damages caused by Lessee and/or any agents, employees, licensees, or invitees and shall provide all janitorial services within its leased Hangar.

4.2 Lessee agrees to refrain from depositing any trash, garbage, petroleum products, etc. on any part of the Airport, except in approved designated receptacles. In the event Lessee fails to comply with this section, the City may notify Lessee in writing that maintenance, cleaning, repair or replacement is required. If Lessee fails to correct the condition within fifteen (15) days of the City's written notice, the City may enter the Hangar and perform the service and bill the Lessee for the expense incurred, due and payable with the next rental payment.

4.3 Lessee shall not store or maintain on the leased premises any fuels, or other hazardous materials, and agrees not to dispose of same on the Airport premises, except in approved designated receptacles. Lessee is permitted to store lube oil, cleaning solvents, and paints in closed containers kept in an approved steel storage locker to be labeled "FLAMMABLE" as permitted by regulations. The City may, in its discretion, prohibit or impose additional restrictions on the storage of such material if, in the Airport Manager's opinion, the storage is a safety hazard. Improper storage or disposal of any petroleum products on any portion of the Airport is grounds for immediate termination of the Agreement at the City's discretion.

4.4 Signage is permitted only upon the written authorization of the Airport Manager on behalf of the City. Lessee shall comply with the City's zoning code regarding signage size and placement if applicable. No other alterations may be made to the exterior appearance of the premises without express written authorization of the City.

4.5 The City shall remove snow on ramps within the airport operations area, while Lessee's responsibility is to clear and remove any remaining snow as necessary. Thirty (30) days prior to the date of expiration of the term, the Lessee authorizes the City to inspect the hanger for damage to the premises. Lessee shall complete any repairs prior to lease renewal or expiration.

**Section 5. Use**

5.1 Use of the premises is restricted to the storage of aircraft in airworthy condition or aircraft projects and related aviation equipment. Other items may be approved by the City in compliance with FAA regulations; at all times, Lessee shall observe FAA regulations along with any rules imposed by the City, specific to Grimes Field.

5.2 Lessee shall observe good housekeeping practices in the hangar, keep the area free of debris, and avoid fire hazards and other obstacles to movement. Aircraft-related parts may be stored in the hangar on shelving along the perimeter wall, with a maximum shelf height of 72 inches. Items too large for shelving may be laid or propped along hangar walls, but not in front of shelving.

5.3 Lessee shall store aircraft in such a manner that it may be moved freely, by hand, in and out of the hangar at any time.

5.4 Hangers have the primary function of Aviation related activity in accordance with FAA guidance (https://www.federalregister.gov/documents/2016/06/15/2016-14133/policy-on-the-non-aeronautical-use-of-airport-hangars. In addition to aircraft, a Lessee may store one additional operational, licensed, insured vehicle in the hanger. A drip pan shall be placed under the engine of any vehicle stored in the hanger.

5.5 Lessee shall at its own cost and expense, comply with all applicable federal, state, and/or local laws, ordinances, rules, or regulations now in effect or hereafter promulgated. Any violation of this section by Lessee shall be construed as a material breach authorizing termination at the City's sole discretion, unless Lessee, upon receipt of written notice, takes immediate remedial measures acceptable to the City.

**Section 6. Utilities**

6.1 Lessee accepts the Hangar on an "as is" basis, and understands that, except for electricity in T-Hangars, the City does not furnish heat, cooling, electricity, water, telephone, or any other utilities to Lessee in conjunction with this Lease, nor is it obligated to do so. Lessee shall pay all utility expenses associated with heating and cooling of the premises, or other utility services paid separately to the City as follows:

________________________________________________

________________________________________________

**Section 7. Security**

7.1 Lessee acknowledges responsibility for the security of Lessee's aircraft and other stored items while in the hangar, and for the general airport security.

7.2 The Airport Manager and other authorized persons, such as emergency first responders and FAA personnel, may enter the premises at reasonable times to examine the hangar, make corrections in the structure, or eliminate health and safety hazards. Lessee is prohibited from restricting such access, but may request to be present at such entry. The Airport Manager will provide advance notice when feasible. Access will be needed for annual preventative maintenance. Lessee shall store aircraft and other items so they may be removed manually if necessary in the event of an emergency.

7.3 Non-lessee persons are not permitted on airport property without being accompanied by a current lessee or airport-approved escort. If a guest is on property, he/she is to follow all airport rules and regulations. Lessee assumes all liability for any non-lessee they allow onto airport property.

(c) Lessee vacates the premises during the term with no notice;
(d) Lessee assigns the lease for the benefit of creditors, or is subject to receivership; (e) Lessee's interest in the premises is subject to execution, attachment, or other legal process; or (f) Lessee is adjudicated bankrupt in a voluntary or involuntary proceeding.

10.2 In the event Lessee holds over and occupies the hangar after expiration of the term of this Agreement without acknowledgment of automatic renewal by payment of rent, or termination for any other cause, such holding over shall not to operate as a renewal or extension of this Agreement.

10.3 If Lessee defaults, City personnel may enter and repossess the premises without prejudice to the City's rights of action for past due rent, breach of contract, present and prospective damages, or other costs resulting from default. Commencement of an action in forcible entry and detainer, ejectment, or similar eviction action may be pursued by the City in Champaign County Municipal Court.

10.4 The waiver by the City of any default by Lessee, shall not constitute a waiver of any other default or of any subsequent default of the same or similar kind.

**Section 11. Notices and Correspondence**

11.1 All notices under this lease shall be in writing. Unless Lessee designates a different mailing address, correspondence should be mailed or delivered to the physical address provided in the Preamble on page 1. Lessee acknowledges a continuing obligation to update the address on file with the Airport Manager if necessary.

11.2 Notices are deemed sufficient if hand delivered, sent by certified mail, or sent by e-mail to the Lessee at the e-mail address provided in the Preamble on page 1 or sent to the City's attention at drake.huffman@ci.urbana.oh.us.

11.3 Informal correspondence may be sent to the Airport Manager by e-mail or phone call to the Grimes Field office at (937)652-4319.

11.4 It is the responsibility of the Lessee to provide the Airport Manager with a complete list of any tail numbers associated with their hangar. The airport is not responsible for, and will not reimburse the Lessee for any airport-related fees that were incurred on a tail number not provided to the Airport Manager.

**Section 12. Construction**

12.1 In the event a court of competent jurisdiction deems any provision of this lease to be void or unenforceable, the other provisions of this Agreement shall remain in effect.

12.2 This lease shall be construed in accordance with the laws of the State of Ohio which shall govern to the exclusion of the laws of any other forum, without regard to the jurisdiction in which any action or special proceeding may be instituted.

URBANA

CITY OF URBANA

GRIMES FIELD

***IN WITNESS WHEREOF, authorized representatives of the parties have executed and signed this 22nd day of February , 2024.***

**For CITY OF URBANA, OHIO**

By: [signature]

Name: Kerry Brugger

Title: Director of Administration

Date: 2/22/24

Witness: [signature]

**For LESSEE**

By: [signature] on behalf of Tomorrow Horizons LLC

Name: Tomorrow Horizons LLC (Justin Weller)

Title: Authorized representative

Date: 2/22/24

Witness: [signature]

Approved as to form:

[signature]

Director of Law
Mark M. Feinstein, Esq.

**From:** Drake Huffman <drake.huffman@ci.urbana.oh.us>
**Sent:** Monday, February 26, 2024 3:20 PM
**To:** Justin T. Weller
**Subject:** Lease

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Justin,

I have a digital copy of your signed lease. Feel free to stop in during open door hours and I can get you a copy printed off. I could also just send it to you via email if you prefer that.

Best,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana, OH 43078
Office: 937-652-4319 • Cell: 740-995-9919
https://www.urbanaohio.com/grimes-municipal-airport.html

the Grimes Foundation Museum will be closed and coned off for pedestrian foot traffic. Both the Grimes Museum and Café will be open that day. One or two vendors may also be on-site selling drinks or snacks. Tickets will be sold at the airport gate for $2 per person or $5 per family (CASH ONLY). All aircraft parking will be in the grass except for larger aircraft that may need to occupy a paved area for parking. Aircraft parking for the event will be $10. Bring your lawn chairs!

That is all I had for you today. Don't hesitate to stop by my office or shoot me an email with any questions or concerns you have.

Best regards,

**Drake Huffman** • Airport Manager
City of Urbana, Grimes Field Municipal Airport
1636 North Main Street • Urbana OH 43078
Office: 937-652-4319 • Cell: 740-995-9919
https://www.urbanaohio.com/grimes-municipal-airport.html

# GRIMES FIELD
# URBANA MUNICIPAL AIRPORT

*AIRPORT MANAGER: DRAKE HUFFMAN*

## OPEN-DOOR HOURS

**Monday:** 10:00am – 11:00am

**Tuesday:** 9:00am – 11:00am

**Wednesday:** 9:00am – 11:00am

**Thursday:** 9:00am – 11:00am

**Friday:** 10:00am – 11:00am

**Saturday:** By Appointment Only

Open-door hours are subject to change without notice.
Open-door hours are not for arranged meetings. Please contact drake.huffman@ci.urbana.oh.us to set up a meeting.
Please contact me at drake.huffman@ci.urbana.oh.us if I am not in the office during open-door hours.

City of Urbana Administration • 205 S. Main Street • Urbana, Ohio 43078
• http://www.urbanaohio.com • (937) 652-4300

Feb 28, 2023

Case # 23-24

TOMORROW HOLDINGS, LLC
121 S. Walnut St.
URBANA, OH 43078

Case Location
405 GWYNNE ST, Urbana, OH, 43078

# CODE VIOLATION NOTICE

Dear TOMORROW HOLDINGS LLC,

It has come to the attention of this office that a code violation is present at 405 GWYNNE ST, Urbana, OH, 43078 (Parcel K48-25-00-04-04-041-00) as evidenced by the photo(s). Below is a table outlining the potential violation, the code section which defines the violation, how to properly abate the violation, and the date by which abatement must occur.

| Municipal Code | Description | Resolutions | Comply-By |
|---|---|---|---|
| 1339.02 & 1339.01(a)(9) | Public nuisance prohibited - A building or structure, or any portion, member, appurtenance or ornamentation thereof, which is likely to fail or become detached, dislodged or to collapse and thereby injure persons or damage property. | Remove the structure. | 10 Days from receipt of this notice |
| 1339.02 & 1339.01(a)(3) | Public nuisance prohibited - The suffering, permitting, allowing to remain or maintaining of rubbish, refuse, junk, or any other waste material upon public or private property. | Properly dispose of rubbish, refuse, junk or any other waste materials. | 10 Days from receipt of this notice |

**Pursuant to Urbana Codified Ordinance 1339.08 (1339.03 pursuant to Ordinance 4585-23, signed 1/3/2023), be advised that failure to comply with this notice to abate will result in the Director of Administration taking whatever action is reasonably necessary to abate the public nuisance. In that event, the City of Urbana shall collect the actual costs and expenses thereof as well as all incidental and consequential administrative costs and expenses incurred.**

If you require additional time to address this violation, a one-time extension may be requested. You can obtain a copy of the extension request form in the Department of Zoning and Compliance office located at 205 South Main Street, Urbana, OH 43078.

You have the right to appeal any decision of the Department of Zoning and Compliance. If you wish to appeal this decision, please file a written notice of appeal within ten (10) days of this letter. A fee of $50 is required with any appeal. You then present your request to the Board of Nuisance Appeals (BNA); the Board will hear and decide if there is an error in any order, requirement, decision, interpretation or determination made by the Department of Zoning and Compliance.

To discuss the letter in further detail, or if you need any assistance whatsoever, please feel free to contact the Department of Zoning and Compliance by calling (937) 652-4322 or by email: ZoningandCompliance@ci.urbana.oh.us.

Respectfully,

Chris Boettcher
Acting Director of Administration

The below images were taken by an Urbana City official during inspection to document the violations stated within this notice:

| Photo | Details |
|---|---|
|  | **Title:** IMG_2281_1689880363132.JPG<br>**Date:** Jul 20, 2023 15:14<br>**Uploaded by:** Preston Carter |
|  | **Title:** IMG_2280_1689880363126.JPG<br>**Date:** Jul 20, 2023 15:14<br>**Uploaded by:** Preston Carter |
| | |

URBANA TOMORROW
PROPERTIES & DEVELOPMENT

Justin T. Weller
*Managing Member*

City of Urbana Administration
Attn: Kerry Brugger
205 S. Main Street
Urbana, OH 43078

August 4, 2023

**To Whom it May Concern,**

We appreciate the City's interest in ensuring compliance with code requirements. Our company is in receipt of your letter from July 24, 2023.

## In Response to the Alleged Violation of Municipal Code

The City provided us 10 days to correct the alleged violation. Due to current economic conditions and labor availability, it is not possible to completely correct any such violations in that timeframe.

## Actions Taken

At the time of writing this letter, our licensed contractor has reinforced the primary remaining structure to reduce the likelihood of structural failure. We have removed more than 100 cubic yards of rubbish, trash, and other waste material from the property. In addition, building regulations has been consulted and we've initiated conversations with Sarah Mackert, our design professional, to explore redevelopment options for this property.

## Historic Qualities




The property at 405 Gwynne Street has been a terrible blemish for years, long before we owned it, but it's past tells us it was once an important neighborhood staple. In the 1920s it was the Charles Lantz Grocery & Filling Station. That original structure is what remains today.

We have since demolished the additions that were later added to the property and compromising the stability of the historic storefront. Several community members have shared the history of ownership and people they knew that lived in this house over the years. Our company desires to save and restore historic properties when reasonably possible.

937-505-8577
info@urbanatomorrow.com
UrbanaTomorrow.com
40 Monument Sq. STE 300
Urbana, OH 43078

URBANA TOMORROW
PROPERTIES & DEVELOPMENT

Justin T. Weller
*Managing Member*

## Options Moving Forward

We are aware that the City of Urbana desires to demolish this historic property. It has been our company's intent to best determine how to reestablish housing on this site.

We see one of two paths forward and will defer to the City's decision as to which option we execute.

1. **Demolish the Historic Structure.**
   The property owner is AGAINST this option.
   a. Unless the City desires to remove the structure AND assume the cost to do so, we would undertake this at the owner's expense and complete the project within the next 60 days.
   b. We are not consenting to the demolition of the property by the City with the expectation that we be required to pay the prevailing rate that the City elects from a third party. We can more affordably demolish it under our stewardship.
   c. If the City secures local, state, or federal funding that would offset the demolition cost, then we would potentially be agreeable to the City managing the demolition.
2. **Complete the Redevelopment Assessment for this Historic Structure.**
   The property owner FAVORS this option.
   a. Allow our company an additional 60 days to continue working with design professionals and engineers to determine what options are most achievable.
   b. Within 14 days of receipt of the City's decision to pursue this option, we will secure the perimeter of the structure with a form of fencing to restrict unwarranted access.
   c. At any time during the 60 days or at the end of said term, if redevelopment of the existing structure is determined to be financially burdensome, we will proceed with option one in consultation with the city.

We believe that the City desires more housing to be available and to save historic structures. None of us want the property to continue to look the way that it does and mostly has for more than a decade.

We are asking the City consider working cooperatively with our company – which is actively redeveloping a number of structures that sat dilapidated for years – rather than seek to eliminate pieces of history without allowing a private, local developer the necessary time to preserve our history and improve access to housing in our city.

Respectfully,

Justin T. Weller
Managing Member

David Uhl
Construction Manager
Licensed General Contractor

937-505-8577
info@urbanatomorrow.com
UrbanaTomorrow.com
40 Monument Sq. STE 300
Urbana, OH 43078

Note url

https://truechat.org/[illegible]




Teens Need the Truth About Drugs

00:00 33:27




187 episodes — 113 hours, 46 minutes

| | |
|---|---|
| Could Trump Lose the Popular Vote by 5 Million and Still Win the Presidency | 33:35 |
| Companies Cater Products to Singles | 35:16 |
| YouTube to [illegible] More "Offensive" Content | 37:33 |
| Career & Tech Education Increase Substantially | 35:07 |
| Is There a [illegible] Water Crisis? | 37:04 |

## LEARN MORE

*The State of Us* embodies many of the ideals that TrueChat seeks to uphold. As the network's flagship podcast for over seven years, this program continues to demonstrate what open, honest, and respectful conversations look like

## HOW TO LISTEN

TrueChat makes listening to all of our podcasts simple. Tune in to our shows anywhere fine podcasts are found. You can also listen anytime on our website. Below are a few common places to listen. Click any badge to be redirecte

Listen on Spotify | Listen on Google Play Music | LISTEN ON RadioPublic | LISTEN ON STITCHER

We use cookies and similar technologies to run this website and help us understand how you use it. By continuing, you consent to the use of cookies and our collection of this data

Note url

The State of Us | Podcast | True × How to start a podcast — True ×

https://truechat.org

Phone *

Country ### ### ####

Which podcast plan are you most interested in? *

- Good - Monthly Episodes - $599/month
- Better - Every Other Week - $1,100/month
- Best - Weekly Episodes - $2,200/month
- Not sure yet

Comments or Questions

Submit







Urbana Wins
Weller for Mayor
Cress for Council
Beverly for Council

note url

https://urbanawins.com/

# Urbana Wins

MAIN ISSUES GET INVOLVED DONATE CANDIDATES

February 26, 2019

## Teresa Beverly for City Council




The people of Urbana deserve to win! Teresa is running for City Council to raise wages for all workers and reduce unnecessary business regulations. She also wants to work with Justin T. Weller for Mayor and Cassie Cress for Council to create a career and mentorship program to help kids find great jobs in Urbana. Please like and share this video with your friends!

Teresa is running for an at-large seat to fill the unexpired term of Tony Pena. Cassie is running for a separate at-large seat and Justin is running for Mayor. They all share a campaign committee known as Urbana Wins.

note: url

Urbana Wins

MAIN ISSUES GET INVOLVED DONATE CANDIDATES

## Cassie Cress for City Council




The people of Urbana deserve to win! Cassie is running for City Council to create a career and mentorship program to help kids find great jobs in Urbana. She also wants to work with Justin T. Weller to raise wages for all workers and reduce unnecessary business regulations.

Same wall!

Note url

urbanawins.com

# Urbana Wins

MAIN ISSUES GET INVOLVED DONATE CANDIDATES

## Justin T. Weller for Mayor



The people of Urbana deserve to win! Justin is running for Mayor of Urbana to raise the minimum wage and to reduce unnecessary business regulations. He also plans to create a career placement program to help kids find great jobs in our community. Please share this video with your friends!

# BUSINESS DETAILS & FILINGS

Close

## Business Details

| | | | |
|---|---|---|---|
| Entity #: | [illegible] | Business Name: | TRUECHAT BROADCAST INC |
| Filing Type: | CORPORATION FOR NON-PROFIT | Status: | Active |
| Original Filing Date: | 05/09/2014 | Exp. Date: | 02/07/2024 |
| Location: | URBANA CHAMPAIGN | | |

## AGENT/REGISTRANT INFORMATION

UNITED STATES CORPORATION AGENTS, INC
411 WOLF LEDGES PKWY, STE 201
AKRON OH 44311
02/07/2019
Active

## INCORPORATOR INFORMATION

LEGALZOOM COM INC

## FILINGS

| Filing Type | Date of Filing | Document ID | Download Image to PDF |
|---|---|---|---|
| DOMESTIC ARTICLES/NON-PROFIT | 05/09/2014 | 201412901028 | Download Image |
| LETTER/RENEWAL NOTICE MAILED | 01/08/2019 | 201900800204 | Download Image |

Skip to Content | Skip to Navigation

FRANK LAROSE
Ohio Secretary of State

# SEARCH BY BUSINESS NAME

General Information
Business Search
Trademark/Service Mark Search
Help

Business Name: TrueChat Broadcast, Inc

All Active Cancelled Dead

SEARCH CLEAR

Name Search Help

# SEARCH RESULTS

Showing 1 to 1 of 1 entries

| Entity# | Name | Type | Filing Date | Exp. Date | Status | Location | County | State | View Report |
|---|---|---|---|---|---|---|---|---|---|
| 2294225 | TRUECHAT BROADCAST INC | CORPORATION FOR NON-PROFIT | 05/09/2014 | 02/07/2024 | Active | URBANA- | CHAMPAIGN | - | SHOW DETAILS |

First Previous 1 Next Last

Export Results CVS Export Results PDF

OFFICE OF THE
Ohio Secretary of State

COPY

Page 1

# Statement of Contributions Received

Form 31-A

ORC 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| Field | Contributor 1 | Contributor 2 | Contributor 3 | Contributor 4 | Contributor 5 |
|---|---|---|---|---|---|
| Full Name of Contributor | Jennifer Knepp | Ronald Coles | Sky Schelle | Tim Weller | Cassie Cress |
| Registration Number, if PAC | | | | | |
| Street Address | 14724 Pleasant Crest Avenue | 472 Scioto Street | 120 North Kensington Place | 3484 OH-29 | 237 Lafayette Ave |
| Employer/Occupation/Labor Organization* | | | | | |
| Form (Cash, Check, etc.) | Credit Card | Credit Card | Credit Card | Credit Card | Check |
| City | Fishers | Urbana | Springfield | Urbana | Urbana |
| State | IN | OH | OH | OH | OH |
| Zip Code | 46037 | 43078 | 45504 | 43078 | 43078 |
| Date (MM/DD/YYYY) | 02/16/2019 | 02/18/2019 | 02/24/2019 | 02/15/2019 | 03/15/2019 |
| Amount | $250 | $750 | $200 | 100 | $200 |

*Required for contributions from individuals over $100 to statewide and general assembly candidates. If contributor is self-employed, the occupation and the name of the individual's business, if any, rather than employer should be listed. If two or more employees contribute via payroll deduction and exceed the aggregate of $100, the labor organization of which the employees are members, if any, must also appear. [R.C. 3517.10(B)(4)]

Page Total $1500

OFFICE OF THE
Ohio Secretary of State



COPY

# Statement of Contributions Received

Form 31-A

ORC 3517.10

| | | | | | |
|---|---|---|---|---|---|
| Full Name of Committee: Urbana Wins with Weller, Cress, Beverly | | | | | |
| Full Name of Contributor: Pedro Melendez | | | | Registration Number, if PAC: | |
| Street Address: 100 Carr 845 Apt 4201 | Employer/Occupation/Labor Organization*: | | | Form (Cash, Check, etc.): Credit Card | |
| City: San Juan, Puerto Rico, USA | State: RI | Zip Code: 926 | Date (MM/DD/YYYY): 04/09/2019 | Amount: $25 | |
| Full Name of Contributor: Staci L. Weller | | | | Registration Number, if PAC: | |
| Street Address: 3484 OH-29 | Employer/Occupation/Labor Organization*: | | | Form (Cash, Check, etc.): Check | |
| City: Urbana | State: OH | Zip Code: 43078 | Date (MM/DD/YYYY): 04/23/2019 | Amount: $200 | |
| Full Name of Contributor: Angela Van Hoose | | | | Registration Number, if PAC: | |
| Street Address: 233 Parkway Blvd., Unit 16 | Employer/Occupation/Labor Organization*: | | | Form (Cash, Check, etc.): Check | |
| City: Urbana | State: OH | Zip Code: 43078 | Date (MM/DD/YYYY): 06/10/2019 | Amount: $100 | |
| Full Name of Contributor: Tim Weller | | | | Registration Number, if PAC: | |
| Street Address: 3484 OH-29 | Employer/Occupation/Labor Organization*: | | | Form (Cash, Check, etc.): Credit Card | |
| City: Urbana | State: OH | Zip Code: 43078 | Date (MM/DD/YYYY): 05/10/2019 | Amount: $50 | |
| Full Name of Contributor: Gregory Harvey | | | | Registration Number, if PAC: | |
| Street Address: 445 Lincoln Place | Employer/Occupation/Labor Organization*: | | | Form (Cash, Check, etc.): Credit Card | |
| City: Urbana | State: OH | Zip Code: 43078 | Date (MM/DD/YYYY): 05/11/2019 | Amount: $300 | |

*Required for contributions from individuals over $100 to statewide and general assembly candidates. If contributor is self-employed, the occupation and the name of the individual's business, if any, rather than employer should be listed. If two or more employees contribute via payroll deduction and exceed the aggregate of $100, the labor organization of which the employees are members, if any, must also appear. [R.C. 3517.10(B)(4)]

Page Total $675

OFFICE OF THE
Ohio Secretary of State

COPY

Page 3

# Statement of Contributions Received

Form 31-A

ORC 3517.10

| | | | | | |
|---|---|---|---|---|---|
| **Full Name of Committee**<br>Urbana Wins with Weller, Cress, Beverly | | | | | |
| Full Name of Contributor<br>Cassie Cress | | | | Registration Number, if PAC | |
| Street Address<br>237 Lafayette Ave | Employer/Occupation/Labor Organization* | | | | Form (Cash, Check, etc.)<br>Check |
| City<br>Urbana | State<br>OH | Zip Code<br>43078 | Date (MM/DD/YYYY)<br>06/25/2019 | | Amount<br>$180 |
| Full Name of Contributor<br>Staci L. Weller | | | | Registration Number, if PAC | |
| Street Address<br>3484 OH-29 | Employer/Occupation/Labor Organization* | | | | Form (Cash, Check, etc.)<br>Cash |
| City<br>Urbana | State<br>OH | Zip Code<br>43078 | Date (MM/DD/YYYY)<br>06/26/2019 | | Amount<br>$40 |
| Full Name of Contributor<br>Lance Jackson | | | | Registration Number, if PAC | |
| Street Address<br>1174 Kennard Kingscreek Road | Employer/Occupation/Labor Organization* | | | | Form (Cash, Check, etc.)<br>Cash |
| City<br>Urbana | State<br>OH | Zip Code<br>43078 | Date (MM/DD/YYYY)<br>06/26/2019 | | Amount<br>$20 |
| Full Name of Contributor<br>Tim Weller | | | | Registration Number, if PAC | |
| Street Address<br>3484 OH-29 | Employer/Occupation/Labor Organization* | | | | Form (Cash, Check, etc.)<br>Cash |
| City<br>Urbana | State<br>OH | Zip Code<br>43078 | Date (MM/DD/YYYY)<br>06/26/2019 | | Amount<br>$40 |
| Full Name of Contributor<br>Justin | | | | Registration Number, if PAC | |
| Street Address<br>161 Long Bay | Employer/Occupation/Labor Organization* | | | | Form (Cash, Check, etc.)<br>Check |
| City<br>Urbana | State<br>OH | Zip Code<br>43078 | Date (MM/DD/YYYY)<br>06/26/2019 | | Amount<br>$40 |

*Required for contributions from individuals over $100 to statewide and general assembly candidates. If contributor is self-employed, the occupation and the name of the individual's business, if any, rather than employer should be listed. If two or more employees contribute via payroll deduction and exceed the aggregate of $100, the labor organization of which the employees are members, if any, must also appear. [R.C. 3517.10(B)(4)]

Page Total $320

1

OFFICE OF THE
Ohio Secretary of State

COPY

# Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | City | State | Zip Code | Purpose | Check Number |
|---|---|---|---|---|---|---|---|---|
| Facebook | 2/25/2019 | 0.66 | 1 Hacker Way | Menlo Park | CA | 94025 | Advertizing | |
| Walmart Super Center | 2/25/2019 | 13.90 | 1840 E US Hwy 36 | Urbana | OH | 43078 | Office Supplies | |
| GoDaddy.com | 2/26/2019 | 45.88 | 14455 North Hayden Road Suite 100 | Scottsdale | AZ | 85260 | Website | |
| AIM Media Midwest | 3/1/2019 | 15.00 | 4500 Lyons Rd | Miamisburg | OH | 45342 | Newpaper | |
| Facebook | 3/4/2019 | 38.39 | 1 Hacker Way | ~~1 Hacker Way~~ Menlo Park | CA | 94025 | Advertizing | |

Page Total $ 113.83

Weller699

OFFICE OF THE
Ohio Secretary of State

COPY



# Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | | | Date (MM/DD/YYYY) | Amount |
|---|---|---|---|---|
| VistaPrint | | | 3/6/2019 | 185.29 |
| **Street Address** | **Purpose** | | | |
| 275 Wyman ST | Print Literature | | | |
| **City** | **State** | **Zip Code** | **Check Number** | |
| Waltham | MA | 02451 | | |

| To Whom Paid | | | Date (MM/DD/YYYY) | Amount |
|---|---|---|---|---|
| SquareSpace | | | 3/7/2019 | 27.89 |
| **Street Address** | **Purpose** | | | |
| 8 Clarkson St | Website | | | |
| **City** | **State** | **Zip Code** | **Check Number** | |
| New York | NY | 10014 | | |

| To Whom Paid | | | Date (MM/DD/YYYY) | Amount |
|---|---|---|---|---|
| Facebook | | | 3/11/2019 | 28.28 |
| **Street Address** | **Purpose** | | | |
| 1 Hacker Way | Advertizing | | | |
| **City** | **State** | **Zip Code** | **Check Number** | |
| Menlo Park | CA | 94025 | | |

| To Whom Paid | | | Date (MM/DD/YYYY) | Amount |
|---|---|---|---|---|
| Facebook | | | 3/11/2019 | 27.07 |
| **Street Address** | **Purpose** | | | |
| 1 Hacker Way | Advertizing | | | |
| **City** | **State** | **Zip Code** | **Check Number** | |
| Menlo Park | CA | 94025 | | |

| To Whom Paid | | | Date (MM/DD/YYYY) | Amount |
|---|---|---|---|---|
| Microsoft | | | 3/~~4~~18/2019 | 29.27 |
| **Street Address** | **Purpose** | | | |
| One Microsoft Way | Email/File Managment | | | |
| **City** | **State** | **Zip Code** | **Check Number** | |
| Redmond | WA | 98052 | | |

Page Total $ 297.80

Weller700

OFFICE OF THE
Ohio Secretary of State

COPY

# Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | Purpose | City | State | Zip Code | Check Number |
|---|---|---|---|---|---|---|---|---|
| SquareSpace | 4/16/2019 | 27.89 | 8 Clarkson St | Website | New York | NY | 10014 | |
| VistaPrint | 4/17/2019 | 170.00 | 275 Wyman ST | Literature | Waltham | MA | 02451 | |
| Security National Bank | 4/30/2019 | 8.00 | 828 Scioto St | Banking | Urbana | OH | 43078 | |
| Facebook | 5/1/2019 | 22.73 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |
| Facebook | 5/7/2019 | 8.05 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |

Page Total $ 236.67

OFFICE OF THE
Ohio Secretary of State

COPY

Page 7

# Statement of Expenditures

Form 31-B

R.C. 3517.10

Full Name of Committee
Urbana Wins with Weller, Cress, Beverly



When You Vote Urbana Wins

# Voting is Fast & Easy

Election Day
November 5th, 2019
6:30 am - 7:30 pm

Early Voting at the Board of Elections
Starting October 8 | M-F 8 am - 5 pm
Saturday, November 2 from 8 am - 4 pm
Sunday, November 3 from 1 pm - 5 pm

In under 2 minutes you can register to vote, request an absentee ballot, or request a ride to the polls at:

**UrbanaWins.com/vote**

Paid for by Urbana Wins with Weller, Cress, Beverly
3484 OH-29, Urbana, OH 43078

OFFICE OF THE
Ohio Secretary of State

COPY

Page 2

# Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | Purpose | City | State | Zip Code | Check Number |
|---|---|---|---|---|---|---|---|---|
| VistaPrint | 3/6/2019 | 185.29 | 275 Wyman ST | Print Literature | Waltham | MA | 02451 | |
| SquareSpace | 3/7/2019 | 27.89 | 8 Clarkson St | Website | New York | NY | 10014 | |
| Facebook | 3/11/2019 | 28.28 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |
| Facebook | 3/11/2019 | 27.07 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |
| Microsoft | 3/4/2019 (handwritten "18" over "4") | 29.27 | One Microsoft Way | Email/File Managment | Redmond | WA | 98052 | |

Page Total $ 297.80

OFFICE OF THE
Ohio Secretary of State

COPY

# Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | Purpose | City | State | Zip Code | Check Number |
|---|---|---|---|---|---|---|---|---|
| SquareSpace | 4/16/2019 | 27.89 | 8 Clarkson St | Website | New York | NY | 10014 | |
| VistaPrint | 4/17/2019 | 170.00 | 275 Wyman ST | Literature | Waltham | MA | 02451 | |
| Security National Bank | 4/30/2019 | 8.00 | 828 Scioto St | Banking | Urbana | OH | 43078 | |
| Facebook | 5/1/2019 | 22.73 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |
| Facebook | 5/7/2019 | 8.05 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |

Page Total $ 236.67

OFFICE OF THE
Ohio Secretary of State

Page 5

# Statement of Expenditures

COPY

Form 31-B

R.C. 3517.10

Full Name of Committee
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | Purpose | City | State | Zip Code | Check Number |
|---|---|---|---|---|---|---|---|---|
| SquareSpace | 5/16/2019 | 27.89 | 8 Clarkson St | Website | New York | NY | 10014 | |
| Microsoft | 5/17/2019 | 16.09 | One Microsoft Way | Email/ File Management | Redmond | WA | 98052 | |
| Microsoft | 5/17/2019 | 8.58 | One Microsoft Way | Email/File Management | Redmond | WA | 98052 | |
| VistaPrint | 5/17/2019 | 145.90 | 275 Wyman ST | Literature | Waltham | MA | 02451 | |
| Facebook | 5/20/2019 | 26.15 | 1 Hacker Way | Advertizing | Menlo Park | CA | 94025 | |

Page Total $ 224.61

OFFICE OF THE
Ohio Secretary of State

Page 6

COPY

## Statement of Expenditures

Form 31-B

R.C. 3517.10

**Full Name of Committee**
Urbana Wins with Weller, Cress, Beverly

| To Whom Paid | Date (MM/DD/YYYY) | Amount | Street Address | Purpose | City | State | Zip Code | Check Number |
|---|---|---|---|---|---|---|---|---|
| Walmart Super Center | 5/20/2019 | 64.35 | 1840 E US Hwy 36 | Office Supplies | Urbana | OH | 43078 | |
| Lowe's Home Improvement | 5/20/2019 | 39.98 | 1601 N Bechtle Ave | Canvassing Supplies | Springfield | OH | 45502 | |
| Champ. Co. Agricultural Society | 5/21/2019 | 240.00 | 384 Park Ave | Fair Booth | Urbana | OH | 43078 | |
| VistaPrint | 5/21/2019 | 106.81 | 275 Wyman ST | Literature | Waltham | MA | 02451 | |
| USPS | 5/22/2019 | 22.00 | 200 S Main St | Postage | Urbana | OH | 43078 | |

Page Total $ 473.14

Weller735

OFFICE OF THE
Ohio Secretary of State

COPY



**Statement of Expenditures**

Form 31-B

R.C. 3517.10

Full Name of Committee
Urbana Wins with Weller, Cress, Beverly



When You Vote Urbana Wins

# Voting is Fast & Easy

Election Day
November 5th, 2019
6:30 am - 7:30 pm

Early Voting at the Board of Elections
Starting October 8 | M-F 8 am - 5 pm
Saturday, November 2 from 8 am - 4 pm
Sunday, November 3 from 1 pm - 5 pm

In under 2 minutes you can register to vote, request an absentee ballot, or request a ride to the polls at:

**UrbanaWins.com/vote**

Paid for by Urbana Wins with Weller, Cress, Beverly
3484 OH-29, Urbana, OH 43078

**Ohio Elections Commission**
77 South High Street, Suite 1850
Columbus, Ohio 43215
614•466•3205
www.elc.ohio.gov

Catherine A. Cunningham
Chairman

Dennis Brommer, Vice Chair

Otto Beatty, III

D. Michael Crites

Natasha D. Kaufman

A. Scott Norman

Charleta B. Travares

Philip C. Richter
Executive Director

Fax (614) 728-9408

January 2, 2020

Case No. 2019G-021
Bean v. Urbana Wins with Weller, Cress, Beverly, et al. .

**NOTICE OF CONTINUANCE**

To: Justin T. Weller

This case has been scheduled for preliminary review at 10:00 A.M. on January 23, 2020, in Room South A located on the 31st floor of the Riffe Center at 77 S. High St., Columbus, Ohio 43215.

At the preliminary review, the Commission will review all timely filed documents submitted. After reviewing the documents, the Commission may do one of the following:

1. Find there has been no violation;
2. Find there has been a violation; or
3. Set the matter for a hearing at a later date if the Commission desires to receive further testimony.

Following the preliminary review, the commission will notify you of the disposition.

You are welcome to attend and observe the preliminary review, however, it is within the discretion of the Commission to allow any statements or presentation of any evidence at that time.

Sincerely,
Philip C. Richter
Executive Director

**Ohio Elections Commission**
77 South High Street, Suite 1850
Columbus, Ohio 43215
614•466•3205
www.elc.ohio.gov

Catherine A. Cunningham
Chairman

Dennis Brommer, Vice Chair

Otto Beatty, III

D. Michael Crites

Natasha D. Kaufman

A. Scott Norman

Charleta B. Travares

Philip C. Richter
Executive Director

Fax (614) 728-9408

## ORDER OF THE OHIO ELECTIONS COMMISSION

Re: Case No. 2019G-021
Bean v. Urbana Wins with Weller,
Cress, Beverly, et al.

URBANA WINS WITH WELLER, CRESS, BEVERLY
3484 OH-29 EAST BUILDING #2
URBANA, OH 43078

On 1/23/2020 after careful consideration of the evidence, the Ohio Elections Commission adopted the following finding(s) in the above referenced matter:

THE COMMISSION FOUND A VIOLATION OF R.C. §3517.081(B)(1) BUT FOR GOOD CAUSE SHOWN DID NOT IMPOSE A FINE OR REFER THE MATTER FOR FURTHER PROSECUTION.

If the decision in this case involves the imposition of a specific fine amount, payment of the fine must be made no later than 30 days after the date of this letter. Payment should be made payable and sent to the Ohio Elections Commission Fund at the above address. Unpaid fines will be sent to the Ohio Attorney General for collection.

If the disposition of this case involves a daily fine amount, you must contact the office in which you file your campaign finance reports and file the report. In addition, to have the daily fine reconsidered, you must file a notarized statement with the Commission. The filings and affidavit must be received within 30 days after the date of this letter. All properly notarized affidavits must include a statement above the notary public's signature that the document was "**sworn to and signed**" in the presence of the notary public and the date on which it was done.

If the decision in this case does not involve the imposition of a fine, there is no further action required of you by the Commission.

**Not all decisions of the Commission are appealable. However, if the decision in this case is appealable, and adverse to your interests under the law, this case may be appealed pursuant to Ohio Revised Code §119.12. Within 15 days after the mailing of this Order, a Notice of Appeal must be filed with the Commission as well as at the Clerk's office for the Franklin County Court of Common Pleas.**

In all cases, please use the OEC case no. listed at the top of this letter when corresponding with the Commission. If you have any questions, please feel free to contact the Commission staff at (614) 466-3205.

**It is hereby certified that the foregoing is a true and exact reproduction of the original Order of the Ohio Elections Commission for this case as entered on its journal.**

**BY ORDER OF THE OHIO ELECTIONS COMMISSION**

**Philip C. Richter, Executive Director and Staff Attorney**
**ORDER MAILED & EFFECTIVE: March 5, 2020**

Champaign County Board of Elections
1512 S. U.S. Highway 68, Suite L-100
Urbana, OH 43078

January 7, 2020

Ohio Elections Commission
Case #2019G-021

To Whom It May Concern:

The Champaign County Board of Elections (hereinafter CCBOE) was contacted by Mr. Weller on several occasions to ask questions and seek clarification prior to the organization of Mr. Weller's, Ms. Cress', and Ms. Beverly's respective committees.

Jodi Flora, Deputy Director of the CCBOE, answered Mr. Weller's initial questions in February and March of 2019. Then, on or about June 14, 2019, Ms. Flora reached out to the state campaign finance department to confirm that the three candidates previously mentioned could use the same campaign committee name. She spoke with Jason Long who informed her that the three candidates could indeed use the same committee name as long as they each filed separate campaign finance reports and separate designations of treasurers. Ms. Flora relayed this information to Mr. Weller who proceed based on that information.

On or about September 13, 2019, Mr. Weller again reached out to the CCBOE to reconfirm that the method in which they were filing their reports was correct and Ms. Flora again spoke with Mr. Long at the state to confirm the same.

Mr. Weller, Ms. Cress, and Ms. Beverly all filed their reports, designation of treasurer documents, and other related paperwork on time for all reporting periods and, to the best of our knowledge, those reports were completed accurately.

Respectfully,

Meredith L. Bodey

Meredith L. Bodey
Director of the CCBOE

Jodi L. Flora

Jodi L. Flora
Deputy Director of CCBOE

SWORN to and subscribed before me, this 7th day of January, 2020.

Andrea Millice
Notary Public
Commission expires June 1, 2020

TrueChat

Lance Jackson
Board Member

lance@truechat.org
(937) 926-0124

January 8, 2020
Ohio Elections Commission

To Whom It May Concern:

TrueChat Inc. is a for-profit s-corporation organized in the State of Florida under tax id: 47-4755251. Justin T. Weller is President & CEO of this organization.

It has been our long standing policy to allow staff members to make use of any of the organization's facilities, equipment, and other instruments outside of scheduled business activities. In fact, much of the equipment TrueChat uses is Mr. Weller's personal property. Mr. Weller always abided by these policies during the campaign and never received financial or "in-kind" support from TrueChat.

In regards to the image mentioned in the allegation, this is from a stock image library and could be accessed by Mr. Weller or any other staff member through the policy mentioned above. It was not paid for, nor "donated" by TrueChat to the campaign.

During Mr. Weller's eight years of service to TrueChat, he has always worked hard to make sure the organization follows the letter of the law and has proactively disclosed conflicts of interest to the Board of Directors. To the best of my knowledge, no laws or regulations were violated by Mr. Weller, Ms. Cress, or Ms. Beverly.

Best Regards,

Lance Jackson
Board Member
Honorary Co-Founder

SWORN to and subscribed before me, this ____ day of ___________________, 2020.

_________________________________

Notary Public

**Urbana Wins**
3484 E. State Route 29 | Building #200
Urbana, OH 43078

Ohio Elections Commission
77 S. High St., Suite 1850
Columbus, OH 43215

Case #2019G-021

To Whom It May Concern: January 9, 2020

The Urbana Wins team is grateful for your time in reviewing this matter. We were deeply disappointed to see that the wife of one of the candidate's running against one of our candidates decided to make these suspect accusations. It is our hope that with the enclosed testimony of numerous parties, and our own testimony herein, that we might have the opportunity to demonstrate to your commission that this case should be dismissed.

We feel that the testimony of the enclosed parties is more than enough to demonstrate our innocence. Therefore, we will only briefly address each of Mrs. Bean's allegations.

1. Mrs. Bean's first allegation is that our committee is "improperly organized." As is clearly noted in our enclosed Exhibit 1, the Champaign County Board of Elections makes plain that we consulted them prior to the formation of our committee and followed their direct advice – which was in part informed by a state campaign finance official – so as to properly form our committee. We filled all of our reports on time and filed individual finance and designation of treasurer reports.

2. The second allegation claims that we used non-profit assets and did not report them as "in-kind" contributions. Per our attached Exhibit 2, TrueChat Inc. is not a non-profit. It is a for-profit organization incorporated in Florida and operating in several states including Ohio. Mrs. Bean's reference – we believe – is to TrueChat Broadcast Inc., an Ohio non-profit which is an entirely separate organization that hasn't been operating for about four years.

   Further, as stated by Mr. Jackson in the aforementioned exhibit, TrueChat's policy is to allow its staff to make use of any and all assets when not on company time. This has been a standing policy for years and therefore, suggesting that a "price" or "value" be assigned to such access would be completely contradictory to the organization's long-standing precedent.

TA

TAYLOR J. ARMSTRONG

URBANA

Champaign County Board of Elections
1512 US Highway 68, Suite L-100
Urbana, Ohio 43078

September 6, 2019

Director Meredith L. Bodey,

The undersigned register three complaints of election irregularities committed by the campaigns of Mr. Justin T. Weller, Ms. Cassandra Cress, and Ms. Teresa Beverly, all candidates for municipal office in the City of Urbana.

Complaints:

1. The campaign organization of Weller, Beverly and Cress known as "Urbana Wins", is illicit under the Ohio Revised Code Section 3517.08 due to its combination of campaign structure and finances of dissimilar public offices.
2. The said campaign organization has under reported campaign donations and expenses along with receiving unreported "in-kind" donations, and donations from ineligible 501 (c)(3) non-profit organizations.
3. Ms. Beverly and Ms. Cress, both Candidates for Urbana City Council, have failed to report their donations and expenditures to the Board of Elections and the Ohio Secretary of State.

Remedies Sought:

A) Abolishment of the illicit "Urbana Wins" campaign organization.
B) Prompt the removal of campaign material (signs, posters, placards, videos, podcasts, social media posts, websites, etc.) produced and marked by said illicit campaign organization.
C) An accounting of unreported donations and "in-kind" donations made to said illicit campaign organization.
D) Fines up to that legally are allowed to the participants in said illicit campaign organization.

Filed DOT.

Sincerely,

[signature]

Taylor J. Armstrong

• Post will be sent out Dec. 3
Due Dec. 13th

• Pre-Election
Due Oct. 24th
BOE to send out Oct. 14th

## RE: Meeting & Discussion - Controlling Board Request for Urbana Youth Center

Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>

Thu 8/31/2023 4:39 PM

To:Justin T. Weller <justin@grandworks.org>;Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>;'Adam Sorensen' <asorensen@mhdas.org>

All,

Talking w/ Rep. Barhorst, we have a couple meetings in-district already scheduled on 9/18. Given Adam's proposal for dates, it might be best to proceed on Monday 9/18 given our office schedule in the next two weeks. Let's do 11:30am if that works for everyone.

We will work with Rep. Barhorst's colleagues & staff who serve on the Controlling Board to have the requests deferred to the meeting to be held October 2nd using the discretion afforded to the Representative.

We will be communicating with the team at the Dept. of MHAS about this meeting in regards to their potential attendance along with our finance team for the Ohio House as well.

Kerry – Mayor Bean is happy to attend, I might extend this invitation to the County as well if they're interested.

TA

**Taylor J. Armstrong**
*Legislative Aide*
Representative Tim Barhorst | District 85
77 South High Street, 11th Floor
Columbus, OH 43215
(614)-466-1507

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Thursday, August 31, 2023 4:17 PM
**To:** Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>; Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>
**Subject:** Re: Meeting & Discussion - Controlling Board Request for Urbana Youth Center

Hi Everyone,

We will gladly make ourselves available at Rep. Barhorst's convenience and we can host the meeting at the Urbana Youth Center. We will be happy to accommodate whatever the most expedient meeting option is. Please let us know what date and time we should lock in.

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>
**Sent:** Thursday, August 31, 2023 1:59 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>; Justin T. Weller <justin@grandworks.org>
**Subject:** Meeting & Discussion - Controlling Board Request for Urbana Youth Center

Hello All!

It has come to Rep. Barhorst's attention that the capital requests for the Urbana Youth Center via the Logan/Champaign Mental Health, Drug, & Addiction Services Board have been deferred until further notice. This is standard operating procedure for any request where questions or concerns exist and allows for a greater understanding of projects that receive State dollars, especially of this caliber. Deferred status should *not* be interpreted that the requests have been denied, but only temporarily tabled for any consideration by the State Controlling Board.

With that being said, Representative Barhorst would like to proactively schedule a meeting with the City of Urbana, UYC Leadership, the Logan/Champaign Mental Health, Drug, & Addiction Services Board, and the Ohio House finance team within the next 30 days in Champaign County to allow for any remaining questions to be answered concerning the project's future for the community and the State of Ohio. Please respond with good dates and times that could work for everyone.

Any materials concerning the project's planning, finances, etc. would be appreciated to allow Rep. Barhorst and the finance team to be better appraised overall.

Please let me know if there are any questions or concerns!

Thanks!

TA

**Taylor J. Armstrong**
*Legislative Aide*
Representative Tim Barhorst | District 85

77 South High Street, 11th Floor
Columbus, OH 43215
(614)-466-1507

**Kerry Brugger - Director of Administration**
City of Urbana | 205 S. Main Street | P. O. Box 747 | Urbana, OH 43078-0747
Office: (937) 652-4302 | Fax: (937) 652-4306
www.urbanaohio.com

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 27, 2023 3:49 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>
**Subject:** Re: Request for Letter of Support

Good Afternoon Kerry,

I wanted to follow up on the below email from a week ago. I assume since we did not receive a response that all of your questions were satisfied.

To get a letter of support from the City of Urbana, is there anything additional you need from us? If there is, could you please specify what that is so we can get those to you. If you do not need anything additional, when might we then expect a letter of support from the City?

Sincerely,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 20, 2023 6:16 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <bill.bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady

person experience is best, but in lieu of that, you can always watch some of their testimonials (provided with the consent of their parents, of course) https://vimeo.com/845121192

I have done my best to answer all of your questions and address your statements. If I have missed anything or if you have additional questions, I am happy to set up a time to speak with you and Mayor Bean at your convenience.

Best,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Sent:** Wednesday, September 20, 2023 3:41 PM
**To:** Justin T. Weller <justin@grandworks.org>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady <tcassady@co.champaign.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>; Nino Vitale <nino@vitale7.com>; squaredconstruction1@gmail.com <squaredconstruction1@gmail.com>; Matthew Watson <mwatson@tdhlaw.com>; Tim.Barhorst@ohio-house.gov <Tim.Barhorst@ohio-house.gov>; Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>; Charles Thiel <Charles.Thiel@urbanacityschools.org>; smhess2416@gmail.com <smhess2416@gmail.com>
**Subject:** RE: Request for Letter of Support

Justin,

I appreciated being included in Monday's meeting, and I understand your request for a letter supporting the work of the Urbana Youth Center in serving the students of the City of Urbana. As I stated in the meeting, Bill and I have talked with you on at least two occasions, and we are still unclear on the exact services you provide. In Mayor Bean's January 24, 2022 e-mail to you, he asked a number of questions of you and requested you provide a response, but to date he has received none.

Since we met on February 10, 2022, other questions/concerns have surfaced, and a few of them follow.

- We have no verification that any of the State and/or Federal agencies responsible for oversight of your activities are properly in place.

**MH-1218A**

# Ohio Department of Mental Health & Addiction Services
# Community Capital Project Rescue Funds
## Application/Contract for State Assistance in Construction, Purchase, or Renovation

**Rescue Funds Application Submission Date:** 7/27/2022

Urbana Youth Center – Phase One Expansion Project

**APPLICANT INFORMATION:**

Name of Applicant: Urbana Youth Center, a project of the GrandWorks Foundation

Address of Applicant: 160 W. Market Street, Urbana, OH 43078

Executive Director: Justin T. Weller Phone : 937-772-4022

Contact Person: same Phone: same

E-mail address: justin@grandworks.org

Type of Ownership: ☐Public ☒Private, Not for Profit

Federal Tax Identification #: **47-1317079 GrandWorks Foundation**

Operating Agency Name (if different from Applicant): Urbana Youth Center

**Type of Facility:**

☐ Permanent Supportive Housing with Primary supportive Services on-site — # of unit(s) — # persons/unit(s)
☐ Permanent Supportive Housing with Supportive Services Available — # of unit(s) — # persons/unit(s)
☐ Residential Care — # of unit(s) — # persons/unit(s)
☐ Community Residence — # of unit(s) — # persons/unit(s)
☐ Recovery Housing — # of unit(s) — # persons/unit(s)
☐ Crisis — # of served
☐ Consumer Operated Recovery Center — # of served
☒ Program Space: Drop-in Center — # of served 550
☒ Program Space: Career Exploration — # of served 142
☒ Other: Mentorship, Recreation Center — # of served 550

**Demographic Served** (Check all that apply)**:**

☒ Children
☐ Adults
☐ Families
☒ Transitioning Aged Youth

MH-

**Please indicate any changes or revisions to the original application:**

**Project Type** (Check all that apply):

- ☐ New Construction
- ☐ Purchase
- ☒ Renovation
- ☒ Addition to existing

**State Funding Requested For:**

- ☐ Purchase
- ☒ Construction
- ☒ Equipment

**Financing:**

(Estimated Project Cost *)

| | |
|---|---|
| Site Cost | **$ 0.00** |
| Construction/renovation | **$ 450,000.00** |
| Moveable equipment/furnishings | **$ 50,000.00** |
| Eligible Fees | **$ 0.00** |
| **Total Project Cost** | **$ 500,000** |
| State Assistance requested | **$ 250,000** |

Please provide a written narrative here or as an attachment stating why the additional money is necessary and how approval will ensure your project will be completed.

Written Narrative attached ☐

UYC's entire team is incredibly grateful for the support of the Ohio Department of Mental Health & Addiction Services. We know these are challenging times for all of us and we especially appreciate the dedication of our project manager, Art Wills, who has gone above and beyond to help us navigate this process.

In a letter from UYC to the State on April 14, 2022 (attached), we expressed the reasons additional funds were needed and how the changing economic landscape necessitated the increase. Additionally, UYC explained that a total of $500,000 was needed to cover the hard-cost increases. Contractors are assisting by providing large, in-kind contributions, but with inflation the entire project cost has increased by about 25%.

We were informed that the State cannot fulfill the $500,000 request to fully finish and make usable the entire structure. Therefore, we requested our design team to "shell" half of the building and make the other half useable. The side of the building to be "shelled" will be weather-tight and the exterior will be finished. The interior of the "shelled" side will require finishing at a later time when funds can be secured.

UYC is humbly requesting the maximum amount of rescue funds the State can provide. Thank you for your consideration and continued support.

Partners include, but are not limited to: The GrandWorks Foundation, the MHDAS Board of Logan & Champaign Counties, Bundy Baking Solutions (one of the community's largest employers), Urbana City Schools (local public school district), Urbana United Methodist Church, River of Life Christian Center, The WhereHouse (local food pantry), the Caring Kitchen (local shelter and food pantry), the Champaign County Chamber of Commerce, and others.

**9. How was the site selected (site criteria)?**

The Urbana Youth Center is located at the former Champaign County Library. This building was decided on after an extensive search within the local area for a facility that was centrally located, easily walkable for students, and had adequate space for programming. At about 8,100 square feet, situated in downtown Urbana, and as a community treasure, this building made perfect sense for the home of UYC.

The expansion of UYC will take place on this existing site and will use historic plans from the original library as the inspiration for the expansion of building.

**10. Describe how the project/program environment and service(s) will appeal to persons of diverse backgrounds and cultures? Explain how you will accommodate individuals who do not wish to participate in twelve-step or other faith-based treatment or supports.**

The Urbana Youth Center values all student, volunteers, and employees as unique individuals, and welcome the variety of experiences they bring to the organization. As such, UYC has a strict non-discrimination policy. UYC welcomes all individuals regardless of background or religious affiliation.

Open hearts, open minds, open doors. UYC's motto not only represents our approach to all programing, but informs our decision making and promotion of programs. It is made clear on our website and is featured as the largest sign in the Urbana Youth Center.

**11. How will this project/program enhance other available services in the community and mental health & addiction system?**

The Urbana Youth Center partners with local agencies to enhance local and state efforts by connecting students with vital services. This includes programs available through our local Mental Health, Drug, and Alcohol Services Board and community health care providers such as Mercy REACH.

**b. If this is a Program Space Project: n/a**

**Please attach a copy of the three (3) year operating budget projections and describe how the program and program space will be funded as well as the anticipated source of funds. NOTE: The budget should be reviewed by the ADAMHS Board and submitted with signatures from the ADAMHS Board and applicant, respectively.**

**N/A**

**16. Miscellaneous:**

Click here to enter text.

**Assurances (Con't)**

T. Applicant agrees to comply with all applicable state and federal laws regarding smoke-free and drug-free workplaces.

U. Applicant is responsible to review and comply with all relevant provisions of Ohio Revised Code chapters 102 and 2921, as interpreted by the courts of the State and by the opinions of the Ohio Ethics Commission. In addition, Applicant certifies that it is currently in compliance and will continue to adhere to the requirements of Ohio ethics laws.

V. The Applicant and the Board assure that the building/buildings will be used for the purpose described in this application unless written authorization is obtained from the Department.

W. Applicant warrants that it will accommodate individuals who do not wish to participate in twelve-step or other faith based treatment or supports by providing alternatives that will assist in those individuals' treatment or recovery.

X. Applicant hereby certifies that it shall maintain compliance with all OhioMHAS licensure and certification requirements, if applicable.

16. This Contract shall inure to the benefit of and be binding upon the Parties hereto and their respective successors and assigns.

17. The provisions of this Contract are separable, it being the intention of the Parties that should any provision hereof be found invalid or unenforceable, such invalidity or unenforceability shall not affect the remaining provisions, but the same shall remain in full force and effect as though such invalid provisions had not been herein contained.

18. Applicant shall comply with any and all municipal ordinances, statutes, rules, regulations or other laws affecting the premises within 30 days after notice thereof.

19. Applicant shall furnish a certified copy of a corporate resolution or other corporate document that clearly shows that the person or persons who sign on behalf of Applicant have the authority to sign and bind Applicant to the terms of this Contract.

20. Applicant shall furnish Department with proof of good title in the acquired property which proof shall be a current valid title insurance policy.

21. Applicant warrants that he is the lawful fee simple owner of the Land, and has the right to obligate the same. The land is free from all liens, encumbrances, easements, right-of-way, restrictions, covenants, reservations, or other conditions which affect Applicant's authority to obligate said premises.

22. Should the Attorney General or his designated assistant, in their sole discretion, not find good title to the Premises in Applicant, then this Contract shall be null and void.

23. Should Applicant, within a reasonable time, not furnish the above referenced resolution or proof of good title or not execute and deliver to the Department and aforementioned Mortgage, Note and Deed, then this Contract shall be null and void.

24. Applicant shall execute, furnish and deliver to Department upon request, any and all affidavits concerning matters involving the real property, fixtures, and/or personal property which is security for this Contract.

25. Board shall furnish a Board Resolution authorizing the person or persons who sign on behalf of the Board to bind the Board to the terms of this Contract.

26. The obligations of the State of Ohio arising under this Contract are subject to the provisions of Section 126.07, of the Ohio Revised Code.

27. Applicant expressly recognizes and agrees to abide by its obligation pursuant to Section 154.20 of the Ohio Revised Code and rules as hereafter promulgated in accordance with this Section.

28. Applicant hereby indemnifies and agrees to hold Department harmless against, from, and in respect of: (a) any and all claims, demands, expenses, losses, damages or deficiencies of any nature whatsoever to persons or property resulting from, arising out of, or attributable to: (i) any misrepresentation by Applicant; (ii) any breach of or untruth of any warranty made by Applicant; (iii) non-fulfillment of any agreement on the part of Applicant; (iv)

any inaccuracy or omission in any certificate or other instrument furnished by Applicant or its officers required under this Contract; (v) any liability or obligation of Applicant whether or not yet asserted and whether absolute or contingent, including without limitation any liability arising from claims or lawsuits arising out of this Contract; (vi) any acts or omissions by Applicant, its employees, agents or servants arising out of the Contract; (vii) any litigations brought by or against Applicant for acts or omissions arising out of Applicant's obligations under this Contract; and (b) any and all actions, demands, judgments, costs, interest and legal or other expenses incidental to any of the foregoing.

29. If Applicant complies with the provisions of this Contract and pays to Department said principal sum, and all other sums payable by Applicant to Department as are hereby secured, in the manner and at the time herein set forth, without deduction, fraud, or delay, then and from thenceforth this Contract, and the obligation hereby created shall cease and become void, anything hereinafter contained to the contrary notwithstanding.

When this Contract has been executed by all Parties, it will be effective as of **August 1, 2023.**

**Board (MHDAS Board of Logan & Champaign Counties)**

Witness: ______________ Date: 7-31-23 By: ______________ DHA, LPCC-S

Print Name: Adam K Sorensen, DHA, LPCC-S

Title: Executive Director

ACKNOWLEDGMENT

STATE OF OHIO
COUNTY OF Logan

BE IT REMEMBERED that on this 31 day of July, 2023 before me the subscribed, a Notary Public in and for said County personally came Adam Sorensen, of MHDAS and acknowledged the signing of the foregoing Contract to be their and its voluntary act and deed, individually and corporately pursuant to authority of its Board of Trustees.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.

Shelley R. Harmon
NOTARY PUBLIC

NOTARIAL SEAL
STATE OF OHIO

Shelley R Harmon
Notary Public, State of Ohio
My Commission Expires:
March 26, 2027



Weller788

## EXHIBIT A

(Legal Description of the Property)

**Board (MHDAS Board of Logan & Champaign Counties)**

Witness: ____________ Date: 7-31-23 By: ____________ DHA, LPCC-S

Print Name: Adam K. Sorensen, DHA, LPCC-S

Title: Executive Director

ACKNOWLEDGMENT

STATE OF OHIO
COUNTY OF Logan

BE IT REMEMBERED that on this 31 day of July, 2023, before me the subscribed, a Notary Public in and for said County personally came Adam Sorensen, of MHDAS and acknowledged the signing of the foregoing Contract to be their and its voluntary act and deed, individually and corporately pursuant to authority of its Board of Trustees.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.

Shelley R. Harmon
NOTARY PUBLIC

NOTARIAL SEAL STATE OF OHIO

Shelley R Harmon
Notary Public, State of Ohio
My Commission Expires:
March 26, 2027

**State Of Ohio, Department of Mental Health and Addiction Services**
Lori Criss, Director

Witness: ________________Date: ______________ By:______________________________
Curtis Smith, Director

ACKNOWLEDGMENT

STATE OF OHIO
COUNTY OF FRANKLIN

BE IT REMEMBERED that on this __________ day of _________, 20__, before me the subscribed, a Notary Public in and for said County personally came Lori Criss, Director, Ohio Department of Mental Health and Addiction Services, and acknowledged the signing of the foregoing Contract.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.

______________________________
NOTARY PUBLIC

001/CONTRACT
7/24/23

Our understanding is the controlling board has deferred this to their September 18th meeting and we'd ask to please meet before then. Originally, approval was anticipated this month so it is our hope to not delay approval until October, if at all possible. As this is an active project, it is essential to not delay payments or schedules of the contractors if we want to keep them on the job.

Thank you all for your efforts to help us address this in a timely manner. If there is any additional specific information in advance of the meeting that is needed, please feel free to let me know.

I have forwarded this email to a member of our Board of Directors and our team at the State Capital Office as well as they may desire to participate in the meeting.

**Background Information**
The Urbana Youth Center completed a renovation project in the summer of 2021 in partnership with the MHDAS Board of Logan & Champaign County and the State of Ohio Department of Mental Health and Addiction Services. In response to strong student demand for UYC's programs, it was jointly determined that pursuing expansion was necessary. Planning for the expansion project was initiated in late 2021 and early 2022.

Due to unavoidable delays, the original contractor had to leave the project. As we know, the construction trade is in high demand right now. Since then, the project was again sent out for public bidding and we have secured a new project manager and general contractor who are actively ordering and scheduling. AES Ohio is in the process of moving their power lines so that they no longer encroach on UYC's property. AES has also set a new power poll for the upgraded electrical service that will be installed.

Architectural plans and engineering have been completed for this project. They have received approval from the City of Urbana Zoning and the Champaign County Building Regulations Department has issued the building permit.

Currently, the expansion construction project continues to progress and we welcome your assistance in the continued success of this initiative.

**Policy, Programing, and Financials**
The Urbana Youth Center is governed by the GrandWorks Foundation Board of Directors, UYC's Executive Board, and the Education and Program Advisory Board. We make it easy for anyone to access information about our operations and our philosophy in serving students. UYC and GrandWorks contract Stroh, Johnson & Company LLP, CPA's to manage payroll, bookkeeping, and to ensure tax filling compliance to maintain 501(c)(3), public charity status. The following items are available publicly at https://UrbanaYouth.Center/about

- UYC Policy & Procedure Handbook (PPH) which governs team operations and student conduct at UYC.
- UYC's Program Supplement which includes the outlines of our standing and supplementary programming.
- The organization's operating Financial Overview. This document contains the most recent actuals and select budget year projections.

Currently, a Community Stakeholder Committee is meeting to work on receiving community input and recommending actions for continued improvement at UYC. The City of Urbana, Urbana City Schools, Champaign County Commissioners, Champaign County Job & Family Services, and many others have been invited to participate. We'd welcome any suggestions on additional participants.

Best,

**Justin T. Weller**

Executive Director

## RE: UYC Capital Project

Adam Sorensen <asorensen@mhdas.org>
Thu 9/28/2023 9:44 AM

To:Justin T. Weller <justin@grandworks.org>;Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>;Barhorst, Tim <tim.barhorst@ohiohouse.gov>

Cc:David Uhl <squaredconstruction1@gmail.com>;Gwyn Stetler <gwyn@familypromise-delawareohio.org>

Good morning.

After consultation with my Board Chair and a Board attorney at the state, we are unable to comply with the request for an emergency meeting. Emergency Board meetings are reserved for emergencies of the Board, not community entities. At this point, the Controlling Board will likely go through their deliberation process about the capital project. During that timeframe, we will move forward with our meeting next week to gauge the level of community readiness to form a new Board for the Youth Center should the transition to its own entity occur eventually. If the Controlling Board needs anything from my Board during the deliberation process, I am sure they will reach out to me directly. It is clear that GrandWorks would prefer immediate action on this issue, but that is beyond our local control.

With Respect,

Adam Sorensen, DHA, LPCC-S
Executive Director
Mental Health Drug and Alcohol Service Board of Logan and Champaign Counties
1521 N. Detroit St, West Liberty, OH 43357
(937) 465-1045

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 27, 2023 3:27 PM
**To:** Adam Sorensen <asorensen@mhdas.org>; Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>; Barhorst, Tim <tim.barhorst@ohiohouse.gov>
**Cc:** David Uhl <squaredconstruction1@gmail.com>
**Subject:** Re: UYC Capital Project
**Importance:** High

Taylor & Adam,

Thanks for your reply. Adam, given the importance and cost of delaying this project, we'd ask that the letter be drafted and forwarded to the Board now for approval. Likewise, weather will inevitably become a factor if foundations are not started now - only serving to further delay the project and drive-up costs that will require further public funding support.

Taylor, does Representative Barhorst's office need anything other than this letter from MHDAS to allow the Controlling Board to proceed? If yes, please specify exactly what items the office needs so we can make progress on those. Is it correct that the next Controlling Board meeting is this coming Monday? By what day and time does the Representative's office need something for consideration for that meeting?

Adam, if it is impossible for the MHDAS Board to take action on this (or your Executive Committee) via electronic communication, then GrandWorks is officially asking an emergency meeting be called. If the project amount was less and the implications of not acting smaller, then there would be less urgency. I hope you understand we don't make this request lightly.

Partners include, but are not limited to: The GrandWorks Foundation, the MHDAS Board of Logan & Champaign Counties, Bundy Baking Solutions (one of the community's largest employers), Urbana City Schools (local public school district), Urbana United Methodist Church, River of Life Christian Center, The WhereHouse (local food pantry), the Caring Kitchen (local shelter and food pantry), the Champaign County Chamber of Commerce, and others.

**9. How was the site selected (site criteria)?**

The Urbana Youth Center is located at the former Champaign County Library. This building was decided on after an extensive search within the local area for a facility that was centrally located, easily walkable for students, and had adequate space for programming. At about 8,100 square feet, situated in downtown Urbana, and as a community treasure, this building made perfect sense for the home of UYC.

The expansion of UYC will take place on this existing site and will use historic plans from the original library as the inspiration for the expansion of building.

**10. Describe how the project/program environment and service(s) will appeal to persons of diverse backgrounds and cultures? Explain how you will accommodate individuals who do not wish to participate in twelve-step or other faith-based treatment or supports.**

The Urbana Youth Center values all student, volunteers, and employees as unique individuals, and welcome the variety of experiences they bring to the organization. As such, UYC has a strict non-discrimination policy. UYC welcomes all individuals regardless of background or religious affiliation.

Open hearts, open minds, open doors. UYC's motto not only represents our approach to all programing, but informs our decision making and promotion of programs. It is made clear on our website and is featured as the largest sign in the Urbana Youth Center.

**11. How will this project/program enhance other available services in the community and mental health & addiction system?**

The Urbana Youth Center partners with local agencies to enhance local and state efforts by connecting students with vital services. This includes programs available through our local Mental Health, Drug, and Alcohol Services Board and community health care providers such as Mercy REACH.