**Kerry Brugger - Director of Administration**
City of Urbana | 205 S. Main Street | P. O. Box 747 | Urbana, OH 43078-0747
Office: (937) 652-4302 | Fax: (937) 652-4306
www.urbanaohio.com

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 27, 2023 3:49 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>
**Subject:** Re: Request for Letter of Support

Good Afternoon Kerry,

I wanted to follow up on the below email from a week ago. I assume since we did not receive a response that all of your questions were satisfied.

To get a letter of support from the City of Urbana, is there anything additional you need from us? If there is, could you please specify what that is so we can get those to you. If you do not need anything additional, when might we then expect a letter of support from the City?

Sincerely,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 20, 2023 6:16 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <bill.bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady <tcassady@co.champaign.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>; Nino Vitale <nino@vitale7.com>;

**Kerry Brugger - Director of Administration**
City of Urbana | 205 S. Main Street | P. O. Box 747 | Urbana, OH 43078-0747
Office: (937) 652-4302 | Fax: (937) 652-4306
www.urbanaohio.com

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 27, 2023 3:49 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>
**Subject:** Re: Request for Letter of Support

Good Afternoon Kerry,

I wanted to follow up on the below email from a week ago. I assume since we did not receive a response that all of your questions were satisfied.

To get a letter of support from the City of Urbana, is there anything additional you need from us? If there is, could you please specify what that is so we can get those to you. If you do not need anything additional, when might we then expect a letter of support from the City?

Sincerely,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Justin T. Weller <justin@grandworks.org>
**Sent:** Wednesday, September 20, 2023 6:16 PM
**To:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Cc:** Bill Bean <bill.bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady