best, but in lieu of that, you can always watch some of their testimonials (provided with the consent of their parents, of course) https://vimeo.com/845121192

I have done my best to answer all of your questions and address your statements. If I have missed anything or if you have additional questions, I am happy to set up a time to speak with you and Mayor Bean at your convenience.

Best,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Sent:** Wednesday, September 20, 2023 3:41 PM
**To:** Justin T. Weller <justin@grandworks.org>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady <tcassady@co.champaign.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>; Nino Vitale <nino@vitale7.com>; squaredconstruction1@gmail.com <squaredconstruction1@gmail.com>; Matthew Watson <mwatson@tdhlaw.com>; Tim.Barhorst@ohio-house.gov <Tim.Barhorst@ohio-house.gov>; Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>; Charles Thiel <Charles.Thiel@urbanacityschools.org>; smhess2416@gmail.com <smhess2416@gmail.com>
**Subject:** RE: Request for Letter of Support

Justin,

I appreciated being included in Monday's meeting, and I understand your request for a letter supporting the work of the Urbana Youth Center in serving the students of the City of Urbana. As I stated in the meeting, Bill and I have talked with you on at least two occasions, and we are still unclear on the exact services you provide. In Mayor Bean's January 24, 2022 e-mail to you, he asked a number of questions of you and requested you provide a response, but to date he has received none.

Since we met on February 10, 2022, other questions/concerns have surfaced, and a few of them follow.

- We have no verification that any of the State and/or Federal agencies responsible for oversight of your activities are properly in place.
    - Are you properly credentialed by the Ohio Department of Job and Family Services? **This was asked and answered in the meeting Monday. There is no requirement that a JFS "credential" a youth center.**

**That said, our staff voluntarily completes training through JFS for recognizing and reporting suspected child abuse and neglect.**

- It was stated the UYC assists individuals with their GED's. Do you have accreditation that authorizes you to do so, or are you simply facilitating the process and paying the student's fees? **This was asked and answered in the meeting Monday. There is no "accreditation" required. That said, those assisting students are generally current or retired professional educators.**
- Have the bus drivers who are transporting children been properly vetted by the Bureau of Criminal Identification as having no disqualifying record? **UYC runs background checks on all staff and volunteers, including BCI checks. Our bus drivers, as required by State of Ohio law, posses current CDLs with the necessary endorsements.**

- You've stated you don't have the necessary operating funds to remain solvent for an extended period, and other than attempting to solicit funds from private donors and public entities there doesn't appear to be solid financial model/business plan in place to sustain the operations. **The UYC is a federally recognized charity. Like many charities, we rely on contributions from businesses and individuals for our operations. As was stated in the meeting Monday, we have secured multi-year commitments from several organizations.**
  - Without a sustainable business model, how will you be able to manage a large expansion and the associated operating costs that come with it? **We have sought and continue to seek assistance from public funding sources. We do not agree that there is not a "sustainable" business model. UYC needs more funding to best serve students, but we have been incredibly frugal and financially responsible and been able to always make necessary budget adjustments to ensure continued operations.**
  - The two (2) grants that are in deferral have specific funding limits. If construction costs increase, let's say 5% or 10%, what is your plan to cover the additional capital costs? **We have contractual obligations with pricing commitments from contractors. This issue you raise is null unless someone prevents the distribution of these funds which were previously vetted by the State of Ohio.**
    - Over the past couple years, the MHDAS Board of Logan & Champaign Counties has provided a significant amount of financial support to the UYC capital needs, but I'm hard-pressed that the Board will continue providing you support with tax-payer dollars. **MHDAS has provided programmatic support. The State of Ohio has provided capital support. I don't exactly understand if there is a question here that needs answered. Our understanding is that MHDAS would again entertain fundings, as they have in the past, if we make adjustments based on some of their input. If you have information counter to this, we'd welcome an understanding of it.**

In the August 4, 2023 Urbana Daily Citizen, announcing the ground-breaking for the new expansion, you were quoted as saying, *"Operational funds continue to be a priority. UYC has requested financial support from the Champaign County Commissioners, the local department of Job & Family Services, Urbana City Schools, and the City of Urbana. Nearly all of our funding comes from local businesses and individuals. Long-term, this must change to secure the future of UYC."* The article continued, *"To that end, the GrandWorks Foundation Board of Directors established an Urbana Youth Center Community Stakeholder Committee and appointed Adam Sorensen — Executive Director of the Mental Health, Drug, and Alcohol Services Board of Logan and Champaign Counties — as the chairperson. The committee will exist for a limited time and the purpose is, to bring together key stakeholders in government and organizations throughout the community to identify the long-term obstacles to the Urbana Youth Center sustainability and develop a plan to ensure ongoing success,"* according to the Board of Directors document outlining its creation.

You stated that Urbana Mayor Bill Bean, Urbana City Schools Superintendent Charles Thiel, all three county commissioners, Judge Lori Reisinger and Director Stacy Cox of JFS are among the many community leaders who have been invited to participate on the committee. Mayor Bean was never invited. **This is incorrect. Mayor Bean was invited via email by Mr. Sorenson.** Were the others mentioned invited? **Yes. See additional information in my email above.**

The article stated, *"The first official meeting is scheduled for today at 2 p.m. in Conference Room B at the Champaign County Community Building and anyone is welcome to attend."* It is my understanding that the meeting didn't occur until August 8, 2023, and according to the meeting notes that were distributed, You and Adam Sorensen were the only

person experience is best, but in lieu of that, you can always watch some of their testimonials (provided with the consent of their parents, of course) https://vimeo.com/845121192

I have done my best to answer all of your questions and address your statements. If I have missed anything or if you have additional questions, I am happy to set up a time to speak with you and Mayor Bean at your convenience.

Best,

**Justin T. Weller**

Executive Director

URBANA YOUTH CENTER

UrbanaYouth.Center

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

No employee or agent is authorized to conclude any binding agreement on behalf of the GrandWorks Foundation with another party by email or other means without express written confirmation by an authorized representative.

---

**From:** Kerry Brugger <Kerry.Brugger@ci.urbana.oh.us>
**Sent:** Wednesday, September 20, 2023 3:41 PM
**To:** Justin T. Weller <justin@grandworks.org>
**Cc:** Bill Bean <Bill.Bean@ci.urbana.oh.us>; Deb Aksenczuk <Deb.Aksenczuk@ci.urbana.oh.us>; Tim Cassady <tcassady@co.champaign.oh.us>; 'Adam Sorensen' <asorensen@mhdas.org>; Nino Vitale <nino@vitale7.com>; squaredconstruction1@gmail.com <squaredconstruction1@gmail.com>; Matthew Watson <mwatson@tdhlaw.com>; Tim.Barhorst@ohio-house.gov <Tim.Barhorst@ohio-house.gov>; Armstrong, Taylor <Taylor.Armstrong@ohiohouse.gov>; Charles Thiel <Charles.Thiel@urbanacityschools.org>; smhess2416@gmail.com <smhess2416@gmail.com>
**Subject:** RE: Request for Letter of Support

Justin,

I appreciated being included in Monday's meeting, and I understand your request for a letter supporting the work of the Urbana Youth Center in serving the students of the City of Urbana. As I stated in the meeting, Bill and I have talked with you on at least two occasions, and we are still unclear on the exact services you provide. In Mayor Bean's January 24, 2022 e-mail to you, he asked a number of questions of you and requested you provide a response, but to date he has received none.

Since we met on February 10, 2022, other questions/concerns have surfaced, and a few of them follow.

- We have no verification that any of the State and/or Federal agencies responsible for oversight of your activities are properly in place.