All,

The City Engineering Department is issuing two new addresses for offices within the lower level of 160 West Market Street (Urbana Youth Center inhabits the top floor). **119 and 121 South Walnut Street are the new addresses.** 119 S. Walnut Street may show up in your records for this building already, but it was inactive prior to application. The owner is Tomorrow Holdings LLC (Justin Weller). The address 119 S. Walnut Street will be associated with the northern office while 121 S. Walnut Street will be associated with the southern. Please see the attached aerial and basement floor plan for more location information. 119 and 121 S. Walnut Street are located in the first ward and the first quadrant of the City of Urbana.

The proposed offices will share a common, S. Walnut Street entrance.

Let me know if there are any questions.

Thank you,
Tyler

URBANA

Tyler Bumbalough, P.E. · City Engineer
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: 937-652-4324 · www.urbanaohio.com



**DECLARATION EXH. 8**

| | |
|---|---|
| **From:** | Tyler Bumbalough <Tyler.Bumbalough@ci.urbana.oh.us> |
| **Sent:** | Monday, December 5, 2022 1:39 PM |
| **To:** | Dean Ortlieb; Chad Countryman; Matt Lingrell; acollins@co.champaign.oh.us; Preston Carter; Amy Stein; champaig@sos.state.oh.us; recorder@co.champaign.oh.us; kbailey@co.champaign.oh.us; auditor@co.champaign.oh.us; Engineer; Phyllis Rittenhouse; Gretchen Tamplin; Doug Crabill |
| **Cc:** | Justin T. Weller |
| **Subject:** | New Addresses: 119 & 121 South Walnut Street |
| **Attachments:** | 119-121 S Walnut St.pdf |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

All,

The City Engineering Department is issuing two new addresses for offices within the lower level of 160 West Market Street (Urbana Youth Center inhabits the top floor). **119 and 121 South Walnut Street are the new addresses.** 119 S. Walnut Street may show up in your records for this building already, but it was inactive prior to application. The owner is Tomorrow Holdings LLC (Justin Weller). The address 119 S. Walnut Street will be associated with the northern office while 121 S. Walnut Street will be associated with the southern. Please see the attached aerial and basement floor plan for more location information. 119 and 121 S. Walnut Street are located in the first ward and the first quadrant of the City of Urbana.

The proposed offices will share a common, S. Walnut Street entrance.

Let me know if there are any questions.

Thank you,
Tyler

Tyler Bumbalough, P.E. · City Engineer
City of Urbana · 205 South Main Street · Urbana OH 43078
Office: 937-652-4324 · www.urbanaohio.com